FILED
Clerk
District Court

OCT 1 0 2013

for the Northern Mariana Islands
By_____
(Deputy Clerk)

DATE- 09-10-2013

To

HONORABLE JUDGE

I AM MR. SUBBAIAH MURUGESAN LEGAL COUNSEL ATTY- STEPHEN C. WOODRUFF ENTITLED COMPLAINT FOR JUDICIAL REVIEW OF AGENCY ACTION UPON CIVIL ACTION CASE NO = 09-06342 IN MAY 28. 2009 BUT HE DID NOT DOING ANYTHING MY CASE I HAVE RECORD PLEASE CONCIDER MY PROBLEM HE DID NOT TOLD ME MY CASE STATUS ALWAYS I WENT HIS LAW OFFICE BUT HE SAID PENDING YOUR CASE SOME TIME GOT MADM. I AM VERY SICK. I AM DISABLE. ~~CANYOU~~ CAN YOU HELP ME PLS.

SINCELY YOURS
S. MURUGESAN
TIME 15:30.
                    9/10/13
TEL- 287-5521

To   : The Chairman
       BAR Association of the CNMI
       Disciplinary Committee

RECEIVED

Jun 17 2013
Ripon @ 11:42 AM
Office of the Ombudsman

From : Plaintiff/Appellant
       Subbaiah S. Murugesan
       P.O. Box 506459 CK
       Saipan, MP 96950

Date  : June 17, 2013


Dear Mr. Chairman,

         I am Mr. Subbaiah Murugesan, an Indian national of legal age and physically present in the CNMI for 18 years, also being listed as disabled person under Disability Act of the United States thru EEOC. The reason why I have to write you and call to your attention is because I felt I was been discriminated by the company (L&T Group of Companies) I work for before I got an heart attack on-duty in 2006 and because that incidence, my personal action I made as follows; (1) I was force to seek assistance of ex-CNMI Labor and granted me some relief and later been denied by then Labor Dir. Gil M. San Nicolas. In December 13, 2007, I filed a lawsuit against the director at the CNMI Superior Court thru my legal counsel Atty. Stephen C. Woodruff entitled 'Complaint for Judicial Review of Agency Action' under Civil Action No.07-0494 and until now no result has been relayed to me by my counsel . (2) Under the same circumstances and L&T Group of Companies assumed to terminate responsibilities for my medical check-ups bills at CHC after my surgery in the Philippines for my recuperation period in 2007. It took me so much pain and all the hardship in my daily life. January 10,2008 I filed my charge to EEOC for 'Unlawful Employment Practice' of the defendants and Atty. Woodruff assisted me in filling at EEOC and also preparing my complaint against L&T Group of Companies which was filed October 14,2008. later docketed a Case no. 09-16342, In May 28,2009, The Hearing Day for the 'Motion of Summary Judgment', I personally appeared in the court unrepresented by a lawyer, unfortunately, on June 4, 2009, 'Court ORDER' was given in-favor to the Defendants. I filed a 'Motion to Dismiss' for failure to prosecute the case dated February 17, 2010 and as expected my 'Motion' denied .I also filed a 'Motion for Reconsideration' to the U.S. Court of Appeals by April 7,2010, COA 'Order' is denied but after the date of the 'Order' was given a 45 days within for 'A renewed motion accompanied by the opening brief and A motion to reinstate must be accompanied by correction of the defect that caused dismissal. At this point, I am glad that the U.S. Court of Appeals gave me 45 days to respond as a relief but I am confused and worried at the same time when I saw the last 'Motion' of my legal counsel (a) No date received filing or receipt/ received, if transmitted thru fax or e-mail (b)My Lawyer's 'Declaration of Counsel'

was dated May 22,2010 which is exactly 45 days from the date of COA's 'Order' for my Motion for Reconsideration appeal but Atty. Woodruff's 'Renewed Motion for Reinstatement of the Case was dated July 22,2010 which is very important 'motion' was 31 days overdue from the allowable time given to respond. I am so disappointed of how Atty. Woodruff handles my case ,he truly neglected those very important 'Dates and Facts' for my case being a practicing lawyer, indeed, becoming unprofessional as I quoted Judge Alex Munson on the hearing day of 'Motion for Summary Judgment' which I personally appeared and the judge mentioned being struck to 'Mr. Woodruff's affidavit being incompetent' I never neglect to be always around in his office to follow-up update for my case most of the time but what I always hear from him" No response yet from the court, we just wait and I will inform you immediately, that was 2 to 3 years ago and until now, I hear nothing about my case in Superior Court and/or U.S. Court of Appeals 9th Circuit Court. Especially now that I've learn from news media that Atty. Woodruff has been suspended in his law practice. In 2011, I once again I appeal my case to U.S. Court of Appeals 9th Circuit Court thru the help of Ombudsman Office.I do not know Mr. Chairman, how and when will I receive 'Justice' for my case. I suffered a lot for all the hardship in life, where in the first place, I was been a victim here for having been denied the full responsibilities and accountabilities of the defendant and denied justice that I should have achieve . I know God knows all the motive behind all the injustices I got before the eyes of the law and all who have the knowledge for my sufferings and for my injustices will be dealt upon before him(Our Almighty God).We all know that money or wealth is not that all that matters in this world but the righteousness and intention for true justice of law must be serve to all individuals who truly deserve justice especially me being a disabled person due to my heart attack occurred during my tour of duty 2006. In 2008 I got an car accident and suffered from damage on my spinal column while recuperating from heart surgery with this thoughts alone, I believed the defendant is in full responsibilities for my wellbeing.

My only wish Mr. Chairman, that because you have the authority to discipline any member in your Bar Association for any irregularities, like the irresponsible and incompetence of my legal counsel in handling my case, I would be glad if you take punitive action appropriately against Atty. Woodruff. Lastly I wish that I could still receive the 'justice' that I've longing for so long because I still believed that "Justice delay does not necessarily mean Justice denied". Thank you so much for reading my letter and more power to you.

Sincerely Yours,

*S. Murugesan*

Mr. Subbaiah S. Murugesan<br>
Plaintiff/Appellant

cc : Ombudman Office

**My personal course action I made thru legal means enumerated as follows;**

(1) I was force to seek assistance of ex-CNMI Labor and granted me some relief and later been denied by then Labor Dir. Gil M. San Nicolas. In December 13, 2007, I filed a lawsuit against the director at the CNMI Superior Court thru my legal counsel Atty. Stephen C. Woodruff entitled 'Complaint for Judicial Review of Agency Action' under Civil Action No.07-0494 and until now no result has been relayed to me by my counsel.

(2) Under the same circumstances and L&T Group of Companies assumed to terminate responsibilities for my medical check-ups bills at CHC after my surgery in the Philippines for my recuperation period in 2007. It took me so much pain and all the hardship in my daily life. January 10,2008 I filed my charge to EEOC for 'Unlawful Employment Practice' of the defendants and Atty. Woodruff assisted me in filling at EEOC and also preparing my complaint against L&T Group of Companies which was filed October 14,2008. later docketed a Case no. 09-16342,

In May 28,2009, The Hearing Day for the 'Motion of Summary Judgment', I personally appeared in the court unrepresented by a lawyer, unfortunately, on June 4, 2009, 'Court ORDER' was given in-favor to the Defendants. I filed a 'Motion to Dismiss' for failure to prosecute the case dated February 17,2010,and as expected my 'Motion' denied .I also filed a 'Motion for Reconsideration' to the U.S. Court of Appeals by April 7,2010, COA 'Order' is denied but after the date of the 'Order' was given a 45 days within for 'A renewed motion accompanied by the opening brief and A motion to reinstate must be accompanied by correction of the defect that caused dismissal. At this point, I am glad that the U.S. Court of Appeals gave me 45 days to respond as a relief but I am confused and worried at the same time when I saw the last 'Motion' of my legal counsel (a) No date received filing or receipt/ received, if transmitted thru fax or e-mail (b)My Lawyer's 'Declaration of Counsel' was dated May 22,2010 which is exactly 45 days from the date of COA's 'Order' for my Motion for Reconsideration appeal but Atty. Woodruff's 'Renewed Motion for Reinstatement of the Case was dated July 22,2010 which is very important 'motion' was 31 days overdue from the allowable time given to respond.

I am so disappointed on how Atty. Woodruff handles my case ,he truly neglected those very important 'Dates and Facts' for my case being a practicing lawyer indeed becoming unprofessional as I quoted Judge Alex Munson on the hearing day of 'Motion for Summary Judgment' which I personally appeared and the judge mentioned being struck to 'Mr. Woodruff's affidavit being incompetent' unquote, I know and I still believed that there is no final resolution and my case is still pending due to failure to prosecute and I believe my motions will still be 'given due consideration to reinstate my case' in the days ahead, I know it might not be a long battle if I will be well represented by a lawyer to prosecute my case and I personally feel that I deserve 'Justice' for my cause and only Justice to my ordeal can only give me peace of mind.



If you view the [ Full Docket ] you will be charged for 2 Pages $0.20

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 09-16342 | **Docketed:** 06/29/2009 |
| **Nature of Suit:** 3446 Americans w/Disabilities Act-Othr | **Termed:** 03/04/2010 |
| Subbaiah Murugesan v. L & T Group of Companies, Ltd. | |
| **Appeal From:** U.S. District Court for the Northern Mariana Islands, Saipan | |
| **Fee Status:** IFP | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** null

**Originating Court Information:**
   **District:** 0994-1 : 1:08-cv-00044
   **Trial Judge:** Alex R. Munson, Chief District Judge
   **Date Filed:** 10/14/2008

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 06/04/2009 | 06/04/2009 | 06/26/2009 | 06/26/2009 |

| 08/14/2009 | 3 | Received copy of transcript designation and ordering form filed in DC. [7027450] (JFF) |
|---|---|---|
| 09/21/2009 | 4 | Filed order MEDIATION (EPM): This case is under consideration for inclusion in the Mediation Program. See Fed. R App. P. 33 and Ninth Cir. R. 33-1. A settlement assessment conference will be held by telephone on October 8, 2009, at 4:00 p.m. PACIFIC (San Francisco) Time/October 9, 2009, at 9:00 a.m. Saipan Time. The briefing schedule previously set by the court is reset as follows: appellant shall file an opening brief on or before November 16, 2009; appellee shall file an answering brief on or before December 11, 2009; appellant may file an optional reply brief on o before December 30, 2009. [7068721] (WL) |
| 10/26/2009 | 5 | Filed order MEDIATION (PWS): The court has determined that this appeal will not be selected for inclusion in the Mediation Program. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending. [7108535] (WL) |
| 02/17/2010 | 6 | Filed (ECF) Appellee L & T Group of Companies, Ltd. Motion to dismiss the case. Date of service: 02/18/2010. [7235312] (SPP) |
| 03/04/2010 | 7 | Order filed (Deputy Clerk: TAH) The appellant's opening brief was due November 16, 2009. The opening brief has not been filed. Accordingly, this case is dismissed for failure to prosecute. 9th Cir. R. 42-1. A copy of this order sent to the district court shall act as and for the mandate of this court. The appellee's motion to dismiss is denied as moot [7252710] (WL) |
| 03/24/2010 | 8 | Received Appellant Subbaiah Murugesan motion for reconsideration of order of the Court filed on 03/04/2010; dated 03/17/2010 (No Certificate of Service) [7276641] (BY) |
| 04/07/2010 | 9 | Filed order (Appellate Commissioner) The appellant's motion for reconsideration is construed as a motion for reinstatement of the case and is denied without prejudice to the appellant filing, within 45 days after the date of this order, a renewed motion accompanied by the opening brief. See General Order 2.4, General Orders for the United States Court of Appeals for the Ninth Circuit (a motion to reinstate must be accompanied by correction of the defect that caused dismissal). If the appellant submits a renewed motion, the remainder of the briefing schedule will be reset, if appropriate, upon resolution of the motion. The motion is construed in part as the appellant's notice that he i: proceeding pro se. The Clerk shall amend court records to reflect the change. The Clerk shall provide the appellant with a copy of the court's pro se informational packet along with this order, to the following address: P.O. Box 50245: Saipan, MP, 96950. If the appellant retains new counsel, new counsel shall file a notice of appearance with the court (Pro Mo) [7293488] (WL) |
| 04/07/2010 | 10 | Sent 4/7/10 order and Pro Se Information Packet to SUBBAIAH MURUGESAN @ P.O. Box 502452 Saipan, MP, 96950. [7293501] (WL) |
| 11/15/2011 | 11 | Filed Appellant Subbaiah Murugesan's renewed motion for reinstatement of the case; declaration; exhibits; dated on 07/22/2010. [7966859] (HH) |
| 12/02/2011 | 12 | Filed order (Appellate Commissioner) The appellant's late renewed motion for reinstatement is denied without prejudice to the appellant filing, within 28 days after the date of this order, a renewed motion accompanied by the opening brief. See General Order 2.4, General Orders for the United States Court of Appeals for the Ninth Circuit (a motion to reinstate must be accompanied by correction of the defect that caused dismissal). If the appellant submits a renewed motion, the remainder of the briefing schedule will be reset, if appropriate, upon resolution of the motion. (Pro Mo) [7985837] (MS) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 10/09/2013 19:23:21 | | | |
| PACER Login: | us7961 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 09-16342 |
| Billable Pages: | 1 | Cost: | 0.10 |



**Stephen Woodruff <scwlaw.spn@gmail.com>**

# 09-16342 Subbaiah Murugesan v. L & T Group of Companies, Ltd. "Appellant Motion Filed"

ca9_ecfnoticing@ca9.uscourts.gov <ca9_ecfnoticing@ca9.uscourts.gov>

**Wed, Nov 16, 2011 at 8:52 AM**

To: scwlaw.spn@gmail.com

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 11/15/2011 at 2:52:36 PM PST and filed on 11/15/2011

**Case Name:** Subbaiah Murugesan v. L & T Group of Companies, Ltd.

**Case Number:** 09-16342

**Document(s):** Document(s)

**Docket Text:**
Filed Appellant Subbaiah Murugesan's renewed motion for reinstatement of the case; declaration; exhibits; dated on 07/22/2010. [7966859] (HH)

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Murugesh Appeal.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=11/15/2011] [FileNumber=7966859-0] [ 59e8bf7e138bf81e5d886cf8b552f05ea33972a5b93262d063c8e7f3ff425885c4437970135d8b3c57f504b512 ec8f86b7c1d9a4dbf77b85c1c35838fc80b503]]

**Notice will be electronically mailed to:**

Mr. Pixley, Steven Payne, Attorney
Mr. Thompson, Colin Murphy, Attorney
Woodruff, Stephen Carl