F I L E D
Clerk
District Court

OCT 24 2013

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*In the matter of*

STEPHEN C. WOODRUFF,

          Respondent

MISC. CASE NO. 13-00061

**ORDER COMMENCING INQUIRY**
**(UNDER SEAL)**

The Court has received a complaint alleging that the respondent named in this order has violated his duties as an attorney admitted to practice before this court. *See* Docket No. 1. Pursuant to the local Disciplinary Rules and Procedures, the Court hereby appoints four members of this Court's bar to act as an Investigator and a Disciplinary Committee in this matter. *See* LDR 4(b).

The Investigator shall be Sean E. Frink, Esq. *See* LDR 4(b); *see also* LDR 5. The Disciplinary Committee shall be composed of: (1) Richard W. Pierce, Esq.; (2) Vicente T. Salas, Esq.; and (3) Sheila N. Trianni, Esq. *See* LDR 4(b); *see also* LDR 6.

The duties of these four attorneys are as follows. The Investigator shall "conduct such an investigation as is warranted by the circumstances" and shall "submit a report to the Disciplinary Committee concerning the merits of the complaint." LDR 5(a). The Disciplinary Committee shall then, "[w]ithin a reasonable time," review all reports it receives from the Investigator and "take such action pursuant to [the local Disciplinary Rules] as it deems appropriate." LDR 6(b).

The Court notes that it contacted all four of these attorneys before issuing this order to ensure that each would be willing to serve and is without conflict. The Court thanks them very much for

1

their assistance and service to the Court without compensation. The Court will reimburse these attorneys for expenses incurred, should any arise.

To fully ascertain their duties in this matter, the attorneys should carefully review the Court's local Disciplinary Rules, which are available at: http://www.nmid.uscourts.gov/documents/localrules/ldcr01012004.pdf.

The Clerk of Court is hereby directed to transmit, by certified mail, copies of the complaint and all other docket entries to the Investigator. Once Mr. Frink has completed his investigation and is ready to submit his report to the Disciplinary Committee, he shall so inform the Court. The Court will then direct the Clerk to transmit copies of the complaint and all other docket entries to the members of the Disciplinary Committee.

The Court will not transmit the complaint and the docket entries to the Committee members at this point because it does not want the Committee to consider the evidence in a piecemeal fashion. Rather, it wants the Committee to consider the evidence only when it has all the evidence needed to discharge its function, including the Investigator's report and the fruits of any subpoenas that the Investigator may serve. Accordingly, and in keeping with the rules, the Court does not expect that the Committee members will take any action until the Investigator presents his findings to them.

This matter is confidential and under seal until the Court orders otherwise. See LDR 4(a).

SO ORDERED this 24th day of October, 2013.

_____
RAMONA V. MANGLONA
Chief Judge

2