IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

In the matter of:                    )        CASE NO: 1:13-mc -00061
                                     )
                                     )
                                     )
STEPHEN C. WOODRUFF,                 )
                    Respondent.      )
_____          )

**CERTIFICATE OF MAILING**

I hereby certify that on the 28th, day of October, 2013, a true and correct copy of the Order Commencing Inquiry and Disciplinary Complaint, was forwarded via U.S. Mail, first class postage prepaid and properly addressed:

SEAN E. FRINK
Attorney at Law
PMB 323 Box 10001
Saipan, MP 96950

HEATHER L. KENNEDY, Clerk of Court

By: _____/s/_____

Date of Issuance: October 28, 2013            Bertha T. Camacho
                                              Docket Clerk

Office of the Clerk
District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

OFFICIAL BUSINESS



02 1P    **$ 000.66⁰**
0004667247   OCT 28  2013
MAILED FROM ZIP CODE 96950

Sean E. Frink

Attorney at Law

PMB 323, Box 10001

Saipan, MP 96950