Thursday, August 14, 2014

Honorable Ramona V. Manglona, Chief Judge
C/O Honorable. Heather L. Kennedy, Clerk of Court
United States District Court
District Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building
Beach Road, Garapan
P.O. Box 500687
Saipan, MP 96950

RECEIVED

AUG 2 6 2014

Clerk, U.S. District Court
for the Northern Mariana Islands

Mr. Subbaiah Murugesan
PO Box 506459 CK
Saipan MP 96950-6459
Email: submurgesan@gmail.com

Greetings Your Honors:

With regard to Case No. 13-00061:
I request permission to represent myself Pro Se. I have documents that I wish to submit to the court, into the case record. Please grant me this permission and send me any official forms required to accompany my submissions.

Thank you Your Honors.

Respectfully

Subbaiah Murugasen



## SOCIAL SECURITY

NOT VALID
FOR EMPLOYMENT
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

THIS NUMBER HAS BEEN ESTABLISHED FOR

SUBBAIAH SWARNAVALLI
MURUGESAN

S. Murugesan.
SIGNATURE



**SAIPAN**  Commonwealth Northern  **DRIVER'S LICENSE**  Mariana Islands

LICENSE NO **1999-0043**

| SEX | DOB | ISSUED | EXPIRES |
| --- | --- | --- | --- |
| M | 03/10/1960 | 02/18/2014 | 03/10/2017 |

| HEIGHT | WEIGHT | TYPE |
| --- | --- | --- |
| 5'7" | 110 | Operator |

| HAIR | EYES | RESTRICTIONS |
| --- | --- | --- |
| Black | Brown | 8A |

MAY OPERATE 2 Tons    Renewal

Murugesan, Subbaiah Swarna
P.O. Box 502925 Gualo Rai
Saipan MP 96950

BMV DIRECTOR



| MEDICARE | HEALTH INSURANCE |
| --- | --- |

### 1-800-MEDICARE (1-800-633-4227)

NAME OF BENEFICIARY

**SUBBAIAH S MURUGESAN**

MEDICARE CLAIM NUMBER    SEX

**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-A    MALE**
IS ENTITLED TO    EFFECTIVE DATE

**HOSPITAL  (PART A)    09-01-2008**
**MEDICAL  (PART B)    09-01-2008**

SIGN HERE ➡ S. Murugesan

---

PLACARD IDENTIFICATION CARD    PLACARD # **SMS031060**

NAME    **SUBBAIAH, MURUGESAN SWARNA**

RESIDENCE    **P.O. BOX 506459 GUALO RAI**

| DATE OF BIRTH (Day, Mo, Yr.) | WEIGHT | HEIGHT | COLOR OF EYES | CITIZENSHIP |
| --- | --- | --- | --- | --- |
| 03/10/1960 | 130 | 5'7" | BROWN | INDIA |

| DATE ISSUED | DATE EXPIRED |
| --- | --- |
| 06/27/2014 | 06/30/2016 |

PERMITTEE MUST WRITE USUAL SIGNATURE WITH PEN OR INK.

S. Murugesan

PHOTOGRAPH OR THUMB PRINT

THIS CERTIFIES that the person named and described above has been Permitted by the Department of Public Safety.

**JUANA C. LEON GUERRERO
DIRECTOR, BMV**

COMMISSIONER, DEPARTMENT OF PUBLIC SAFETY /DESIGNEE.

---

## Social Security Administration

## Ticket to Work and Self-Sufficiency

| | Ticket Number |
| --- | --- |
| SUBBAIAH SWARNAVALLI MURUGESAN | 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 TW1 |

| Claim Account Number | 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 |
| --- | --- |

| Issue Date | December 9, 2008 |
| --- | --- |

Form SSA-1359 (2-2002)

This ticket is issued to you by the Social Security Administration under the Ticket to Work and Self-Sufficiency Program. If you want help in returning to work or going to work for the first time, you may offer this ticket to an Employment Network of your choosing or take it to your State vocational rehabilitation agency for services. If you choose an Employment Network and it agrees to take your ticket, or if you choose your State agency and you qualify for services, these providers can offer you services to help you go to work.

An Employment Network provides the services at no cost to you. The Social Security Administration will pay the Employment Network if you assign your ticket to it, and the Employment Network helps you go to work and complies with other requirements of the Program. An Employment Network serving under the Program has agreed to abide by the rules and regulations of the Program under the terms of its agreement with the Social Security Administration for providing services under the Program. Your State agency can tell you about its rules for getting services.

Michael J. Astrue
Commissioner of Social Security