F I L E D
Clerk
District Court

JAN 16 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

Office of the Clerk
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
P.O. Box 500687, Saipan, MP 96950

Heather L. Kennedy                                           Tel: (670) 237-1200
Clerk of Court/Magistrate Judge                             Fax: (670) 237-1201
heather_kennedy@nmid.uscourts.gov              http:///www.nmid.uscourts.gov

January 16, 2015

Mr. Subbaiah Murugesan
PO Box 506459 CK
Saipan MP 96950-6459
Email: submurgesan@gmail.com

Subject:  Disciplinary Matter 13-mc-00061

Dear Mr. Murugesan,

First, I would like to apologize for the confusion regarding the August 26, 2014 letter you sent to the court.  The court did receive your letter. Unfortunately, your letter was not opened and docketed by the clerk's office but instead went directly to chambers where it was misplaced in a law clerk's office until shortly after your call in December 2014.  On December 8, 2014, your August letter was retrieved from the law clerk's office and docketed in disciplinary matter 13-mc-00061.

Let me assure you that your complaint is currently being investigated in accordance with our local disciplinary rules. You will find the local disciplinary rules (LDR) on the court's website (http:///www.nmid.uscourts.gov).  Pursuant to LDR 4(a), all disciplinary complaints shall remain confidential and under seal unless and until the Disciplinary Committee determines a formal hearing is necessary.  Disciplinary matters are not individual actions, which may be pursued or disposed of by the complainant. See LDR 11. Accordingly, you (the complainant in this matter) do not represent yourself or appear *pro se* as requested in your August 26, 2014 letter.

The preliminary steps following the receipt of a disciplinary complaint are as follows: 1) an investigator and a disciplinary committee are appointed from members of this court's bar; 2) the complaint is investigated; 3) the investigator then prepares a report which is forwarded to the disciplinary committee; 4) the committee then reviews the report and makes a recommendation to the Chief Judge regarding whether further action is warranted.

Your letter dated September 10, 2013, which was received on October 10, 2013, was lodged as disciplinary matter 13-mc-00061.  Chief Judge Manglona appointed Attorney Sean Frink to investigate the matter.  It is my understanding that Mr. Frink contacted you in May 2014 and that you responded to him.  Please immediately forward any materials that you wish to be considered in this matter to Mr. Frink if you have not done so already. Mr. Frink may be reached at 670-

322-9991. It is expected that Mr. Frink will prepare a report regarding your complaint within approximately 30 days.  This report will be forwarded to the Disciplinary Committee for recommendation regarding any further action by Chief Judge Manglona.

Please contact me should you have any additional questions regarding the attorney disciplinary process in this court.


Sincerely,

Heather Kennedy


cc:      Chief Judge Ramona V. Manglona
         Sean E. Frink