F I L E D
Clerk
District Court

JAN 16 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

SUBBAIAH MURUGESAN,
Petitioner,

v.

STEPHEN C. WOODRUFF
Respondent.

Case No. 13-mc-00061

**CERTIFICATE OF MAILING**

I hereby certify that on the 16th day of January, 2015, a true and correct copy of the **"Letter to Mr. Subbaiah Murugesan"** was mailed via U.S. Certified Mail, first class postage prepaid and properly addressed to petitioner at:

SUBBAIAH MURUGESAN
PO BOX 506459
SAIPAN MP 96950

By:_____

Date of Issuance: Jan. 16, 2015          Daniel Isaac P. Brown
                                         Deputy Clerk

AO 72
(Rev. 08/82)