FILED
Clerk
District Court

FEB 10 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

IN RE:                                    )        CASE NO: 1:13-mc-00061
SUBBAIAH MURUGESAN,                       )
                   Petitioner             )
              v.                          )
STEPHEN C. WOODRUFF                       )
                   Respondent             )
_____         )

**RETURN OF SERVICE**

I hereby certify that on the 2nd day of February, 2015, the letter addressed to Mr. Subbaiah Murugesan (ECF 5) was received by Mr. Subaiah Murugesan.  See attachment:

HEATHER L. KENNEDY, Clerk of Court


By: /s/_____
        Daniel Isaac P. Brown
        Administrative Deputy Clerk

Dated: February 10, 2015