RECEIVED

APR 17 2015

Clerk, U.S. District Court
for the Northern Mariana Islands

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IN THE MATTER OF THE ESTATE OF** ) | MISC. CASE NO. 13-00061 |
| ) | |
| **STEPHEN C. WOODRUFF,,** ) | **DISCIPLINARY COMMITTEE** |
| ) | |
| Respondent. ) | **REFERRAL** |
| ) | |
| _____ ) | **(UNDER SEAL)** |

The appointed Disciplinary Committee reviewed the March 19, 2015, report by Investigator Sean E. Frink and concluded that the matters in the report at Parts II through V should be referred to the Chief Judge in accordance with LDR 6(c) and 7(b).

Respectfully submitted this 16th day of April 2015.

/s/
Richard W. Pierce

/s/
Vicente T. Salas

/s/
Sheila N. Trianni

FILED
Clerk
District Court

APR 20 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

-1-