FILED
Clerk
District Court

APR 22 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
P. O. Box 500687
123 Kopa Di Oru Street, Garapan
Saipan, MP 96950

Chambers of
RAMONA V. MANGLONA
Chief Judge

Chambers (670) 237-1230
Facsimile (670) 237-1231
rvmanglona@nmid.uscourts.gov

April 21, 2015

Rexford C. Kosack, Esq.
P.O. Box 500410
Saipan, MP 96950

Re:    Misc. Case No. 13-00061, In Re: SCW (Under Seal)

Dear Mr. Kosack,

Thank you for agreeing to serve as prosecuting counsel in the above referenced matter. As prosecuting counsel, you will prepare a formal complaint for filing with the Court and shall be responsible for the presentation of all evidence relevant to the complaint pursuant to LDR 8(b). The complete disciplinary rules are available at http://www.nmid.uscourts.gov/documents/localrules/ldcr01012004.pdf.

Prosecuting counsel, and all other investigators and staff shall be absolutely immune from civil suit and liability for any conduct in the course of their official duties in accordance with LDR 9. I remind you and your staff members that this matter is confidential and, until further order, remains under seal.

Although the Court is unable to provide compensation to you for prosecuting this matter, the Court will reimburse you for expenses incurred, should any arise. You may also call upon the Clerk's Office staff for copying or other administrative assistance. Your service to the Court in this matter is greatly appreciated.

Si Yu'us Ma'ase,

RAMONA V. MANGLONA
Chief Judge


cc: Richard W. Pierce, Esq., Disciplinary Committee Member
    Vicente T. Salas, Esq., Disciplinary Committee Member
    Sheila N. Trianni, Esq., Disciplinary Committee Member
    Sean E. Frink, Esq., Investigator