Rexford C. Kosack
Law Offices of Rexford C. Kosack
Second Floor, Bank of Hawaii Building
P.O. Box 500410
Saipan, MP   96950
Tel:  (670) 322-8800
Fax:  (670) 322-7800

**Prosecuting Attorney**

FILED
Clerk
District Court

DEC 1 7 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE THE MATTER OF<br><br>STEPHEN C. WOODRUFF,<br><br>Respondent. | MISC. CASE NO. 13-00061<br><br>FILED UNDER SEAL<br><br>**NOTICE OF FILING OF ETHICAL COMPLAINT** |

TO:    STEPHEN C. WOODRUFF

You are hereby notified that in accordance with Local Disciplinary Rule ("LDR") 8(b), Rexford C. Kosack, the duly appointed prosecuting counsel filed a Complaint for Ethical Violations against you.  In accordance with LDR 10(b) you are required to file an answer to the Complaint with the Court within twenty (20) days after the service of the Complaint upon you.  If you fail to answer within the time allowed, the charges in the Complaint will be deemed admitted.

Dated this 17ᵗʰ day of December, 2015.

_____
Deputy Clerk of U.S. District Court

NOTICE OF FILING OF ETHICAL COMPLAINT - 1