Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.:   +1 (670) 989-2797
Fax:   +1 (808) 356-1349
Email: scwlaw.spn@gmail.com

*In Pro Per*

FILED
Clerk
District Court

JAN 08 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

IN RE STEPHEN C. WOODRUFF,   )   Case No. 1:13-MC-00061
                              )
                              )
                              )
Respondent.                   )   **STIPULATION AND ORDER TO**
                              )   **EXTEND TIME TO ANSWER**
                              )   **ETHICAL COMPLAINT**
                              )
_____ )

COMES NOW respondent, Stephen C. Woodruff, and respectfully moves this Court for an extension of time up to and including January 14, 2016, to answer the ethical complaint herein, on account of serious illness Respondent has been suffering for the past several days. Disciplinary Counsel, Rexford C. Kosack, stipulates to this request.

Documentation of Respondent's illness and the doctor's opinion of when Respondent will be well enough to return to work is attached.

**SO STIPULATED** this 8th day of January, 2016.

STEPHEN C. WOODRUFF
Respondent

/s/ By Authorization
REXFORD C. KOSACK
Disciplinary Counsel

-1-

**IT IS SO ORDERED** this _____ day of January, 2016.

 

_____
RAMONA V. MANGLONA
Chief Judge

**⊚FHP°**

## EXCUSE FORM

Date: _1/6/16_

This is to certify that _Stephen Woodruf_

has been under my care for _med_

and is able to return to work/school on _1/14/16_

Remarks: _____

_____
Signature of Provider

_____
Print Name of Provider
Lorenzo (Larry)     JG M.L

Form #590

**FHP Adult Medicine Saipan**
2nd Floor TSL Plaza
Beach Road Garapan
Saipan, MP-96950-0118
Tel: 670-235-0994 Fax: 670-234-3742

# Receipt of Payment

Received
From :    Woodruff, Stephen

Amount :    10.00

Payment
Type :    Cash

Date :    01/06/2016

Payment ID :    110596

## Charges Details

| Date | Code Description | Units | Fees | Payment |
|---|---|---|---|---|
| 01/06/2016 | Patient Payment | | | 10.00 |
| | Total | | 0.00 | 10.00 |

## Account Balance Summary

Total Balance : 105.78

Patient Balance : 0.00

Insurance Balance : 105.78

PAID
CK NO          DATE

**FHP Adult Medicine Saipan**
2nd Floor TSL Plaza
Beach Road Garapan
Saipan, MP-96950-0118
Tel: 670-235-0994 Fax: 670-234-3742

## Receipt of Payment

| | | | |
|---|---|---|---|
| Received From : | Woodruff, Stephen | Date : | 01/07/2016 |
| Amount : | 10.00 | Payment ID : | 110827 |
| Payment Type : | Cash | | |

### Charges Details

| Date | Code Description | Units | Fees | Payment |
|---|---|---|---|---|
| 01/07/2016 | Patient Payment | | | 10.00 |
| | Tota | | 0 0 | 0 00 |

### Account Balance Summary

Total Balance : 105.78

Patient Balance : 0.00

Insurance Balance : 105.78

PAID

OK NO          DATE



**Stephen Woodruff <scwlaw.spn@gmail.com>**

# Re: Stip

**Rex Kosack** <rex.kosack@gmail.com>               Fri, Jan 8, 2016 at 11:38 AM
To: Stephen Woodruff <scwlaw.spn@gmail.com>

Hi Steve:

You have my consent to /s/ my signature to the stipulation and submit it to the Court.

Rex

On Thu, Jan 7, 2016 at 3:49 PM, Stephen Woodruff <scwlaw.spn@gmail.com> wrote:
> Rex -
>
> I am very sick. Sorry for the inconvenience.
>
> I did not realize how sick I was until I went to the clinic. I thought it was just some kind of gastrointestinal flu. Turns out it is a serious kidney infection.
>
> It has been agonizing to prepare the attached slip (it took over two hours in my present condition), but here it is.
>
> I have to ask you to agree to an extension up to the 14th per the doctor's opinion.
>
> See attached.
>
> Thank you for your understanding,
>
> Steve
>
> --
> Woodruff Law Office*
> P.O. Box 500770
> Saipan, MP 96950
> Tel.: 1 (670) 989-2797
> Fax: 1 (808) 356-1349
> website: http://www.WoodruffLawOffice.com
> Email: scwlaw.spn@gmail.com.
>
> *Practice of Law Presently Limited to the United States District Court
> for the Northern Mariana Islands, the Ninth Circuit Court of Appeals, and the Supreme Court of the United States. Licensed Attorney Representation for other jurisdictions assured, if needed, through arrangements with other attorneys.