F I L E D
Clerk
District Court

JAN 08 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

IN RE:

**STEPHEN  C. WOODRUFF,**

Respondent.

Case 1:13-mc-00061

ORDER RE: STIPULATION TO
EXTEND TIME

The Court, having reviewed the parties' Stipulation to Extend Time to Answer Ethical Complaint (ECF 12), finds good cause and GRANTS the stipulation. The Respondent has until January 14, 2016, to file an answer.

SO ORDERED this 8th day of January, 2016.

_____
RAMONA V. MANGLONA
Chief Judge