Rexford C. Kosack
Law Offices of Rexford C. Kosack
Second Floor, Bank of Hawaii Building
P.O. Box 500410
Saipan, MP   96950
Tel:  (670) 322-8800
Fax:  (670) 322-7800

**Prosecuting Attorney**

F I L E D
Clerk
District Court

JAN 1 9 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE THE MATTER OF | MISC. CASE NO. 13-00061 |
| STEPHEN C. WOODRUFF, | FILED UNDER SEAL |
| Respondent. | **REQUEST FOR SETTING OF HEARING DATE ON ETHICAL COMPLAINT** |

Rexford C. Kosack, duly appointed prosecuting counsel, hereby requests the Court to set a hearing date on the Complaint for Ethical Violations filed in this matter.  In support of this request, it is requested that the Court take judicial notice of the following facts:

1.   A Complaint for Ethical Violations was filed under seal on December 17, 2015.

2.   A copy was personally served upon the respondent on December 17, 2015.

3.   The respondent filed with the Court an Answer to Ethical Complaint on January 14, 2016.

REQUEST FOR SETTING OF HEARING DATE - 1

4. Rule 10(c) of the Disciplinary Rules of the U.S. District Court for the Northern Mariana Islands provides that a hearing will be conducted not earlier than thirty (30) days nor later than ninety (90) days after service of the complaint.

5. The thirtieth day following the service of the complaint was January 16, 2016. The ninetieth day following the service of the complaint is March 16, 2016.

Therefore, it is requested that a hearing date for the trial of this matter be set for a date prior to March 16, 2016 in order to comply with Rule 10(c).

Dated:  January 19, 2016

Respectfully,

Rexford C. Kosack, Prosecuting Attorney

REQUEST FOR SETTING OF HEARING DATE - 2