F I L E D
Clerk
District Court

JAN 20 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| In Re: | ) **DISCIPLINARY CASE: UNDER SEAL** |
| | ) |
| STEPHEN C. WOODRUFF, | ) 1:13-MC-00061 |
| | ) |
| Respondent. | ) **ORDER RE: CASE MANAGEMENT** |
| | ) **CONFERENCE** |
| | ) |
| | ) |

Rexford C. Kosack          Stephen C. Woodruff
Prosecuting Attorney      Pro Se Respondent
P.O. Box 500410            P.O. Box 500770
Saipan, MP 96950          Saipan, MP 96950

A case management conference is set for **Thursday, January 28, 2016, at 1:30 p.m.**

The parties shall be prepared to discuss:

(a)     Need for discovery. LDR 14(d) ("There shall be no discovery proceedings except upon order of the Court.").

(b)     Anticipated motions, briefing schedule, and motions hearing date.

(c)     Witnesses and exhibits, including need for subpoenas. LDR 14(b), 14(c).

(d)     Settlement prospects.

(e)     Setting of a date for the hearing, to be held no later than March 16, 2016, ninety days after service of the complaint. LDR 10(c).

(f)     Hearing procedure. LDR 10(f).

(g)     Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues.

SO ORDERED this 20th day of January, 2016.

_____
RAMONA V. MANGLONA
Chief Judge