F I L E D
Clerk
District Court

JAN 20 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

In Re:                                       )    **DISCIPLINARY CASE: UNDER SEAL**
                                             )
STEPHEN C. WOODRUFF,                         )    1:13-MC-00061
                                             )
            Respondent.                      )    ORDER RE: MOTIONS PRACTICE AND
                                             )    MERITS HEARING DATE
                                             )
                                             )
                                             )
_____    )

Respondent objects to the setting of a merits hearing on or before March 16, 2016, on two grounds: (1) in his Answer he raised defenses going to the Court's jurisdiction which have not been decided; and (2) good cause exists to set the merits hearing later than March 16, i.e., more than ninety days after service of the complaint. (Response to Request for Setting, ECF No. 17.)

These matters will be addressed at the case management conference set for January 28, 2016, at 1:30 p.m. Respondent should be prepared to identify the motions he intends to file with respect to his defenses. If good cause is shown to delay the merits hearing, the Court will do so.

The parties are encouraged to confer before the January 28 conference and, if possible, agree on filing deadlines and a briefing schedule for anticipated motions.

SO ORDERED this 20th day of January, 2016.

_____
RAMONA V. MANGLONA
Chief Judge