F I L E D
Clerk
District Court

JAN 28 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

In Re:                                    ) **DISCIPLINARY CASE: UNDER SEAL**
                                          )
STEPHEN C. WOODRUFF,                      ) 1:13-MC-00061
                                          )
        Respondent.                       ) ORDER APPOINTING JUDICIAL PANEL
                                          )
                                          )
                                          )
                                          )
_____       )

Pursuant to Local Disciplinary Rule 7(b), the undersigned hereby appoints the Honorable Frances Tydingco-Gatewood, Chief Judge of the District Court of Guam, and the Honorable Robert C. Naraja, Presiding Judge of the Superior Court of the Northern Mariana Islands, to the Judicial Panel that will hear this disciplinary matter. Chief Judge Tydingco-Gatewood and Presiding Judge Naraja have been designated to sit in this District, pursuant to 48 U.S.C. § 1821(b)(2).

SO ORDERED this 28th day of January, 2016.

_____
RAMONA V. MANGLONA
Chief Judge