F I L E D
Clerk
District Court

JAN 28 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

In Re:                                          )   **DISCIPLINARY CASE: UNDER SEAL**
                                                )
STEPHEN C. WOODRUFF,                            )   1:13-MC-00061
                                                )
            Respondent.                         )   CASE MANAGEMENT SCHEDULING
                                                )   ORDER
                                                )
_____                  )

A case management conference was held in this matter on January 28, 2016, at 1:30 p.m. Prosecuting Counsel Rexford C. Kosack and Respondent Stephen C. Woodruff, appearing pro se, were present. The Court advised Respondent that he has a right to be represented by counsel, and Respondent stated that he understood.

Based on the agreement of the Prosecuting Counsel and the Respondent, the matters adduced at the conference, and the papers on file in this case as well as the applicable Local Disciplinary Rules, the Court hereby ORDERS the following:

1.      Respondent's Motion to Dismiss (ECF No. 19) and Motion for Disclosure and Production (ECF No. 20) will be heard on **February 11, 2016, at 3:00 p.m.** The motions hearings set for February 18, 2016, and March 10, 2016, are vacated.

2.      Respondent shall file replies to the Disciplinary Prosecutor's oppositions (ECF No. 21 and 22) to the above-referenced motions **no later than February 4, 2016.**

3.      Respondent's request for depositions is denied without prejudice.

4.      The hearing on the merits of the complaint, pursuant to LDR 10, will be held on **March 16, 2016, at 9:00 a.m.**

SO ORDERED this 28th day of January, 2016.

_____
RAMONA V. MANGLONA
Chief Judge