F I L E D
Clerk
District Court

JAN 28 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS
### SEALED CASE

1:13-mc-00061                                             January 28, 2016
                                                         1:35 p.m.

### IN RE:  STEPHEN C. WOODRUFF

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE  PRESIDING
           TINA MATSUNAGA, COURTROOM DEPUTY
           REXFORD KOSACK, DISCIPLINARY PROSECUTOR
           STEPHEN WOODRUFF, RESPONDENT

PROCEEDINGS:   CASE MANAGEMENT CONFERENCE

Rexford Kosack, Disciplinary Prosecuting Counsel, was present in court. Respondent Stephen Woodruff appeared pro se.

Court discussed the status of the case with the parties.

Court denied without prejudice Respondent's request for depositions.

Court ordered Respondent file his replies to Disciplinary Prosecutor's oppositions by February 4, 2016.

Court advised Respondent of his right to represented by counsel.  Respondent stated that he understood and waived that right.  Respondent also stated that he would be reserving that right.

Court set the Hearing on Respondent's Motion to Dismiss, ECF No. [19] and Motion for Disclosure and Production, ECF No. [20], for February 11, 2016 at 3:00 p.m.

Court set the Evidentiary Hearing for March 16, 2016 at 9:00 a.m.

                                Adjourned at 2:15 p.m.
                                /s/ Tina Matsunaga, Courtroom Deputy

_____

### CERTIFICATE OF OFFICIAL COURT RECORDER

I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on January 28, 2016.  On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

_____