Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.:   +1 (670) 989-2797
Fax:   +1 (808) 356-1349
Email: scwlaw.spn@gmail.com

*In Pro Per*

FILED
Clerk
District Court

FEB - 5 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

IN RE STEPHEN C. WOODRUFF,  )      Case No. 1:13-MC-00061
                            )
                            )      NOTICE OF ERRATA IN
Respondent.                 )      RESPONDENT'S REPLY
                            )      TO OPPOSITION TO MOTION
                            )      TO DISMISS
                            )
_____)

COMES NOW, Stephen C. Woodruff, Respondent herein, and gives notice of errata his Reply to Prosecutor's Opposition to Motion to Dismiss, as follows:

On page 2, line 2, a typographical error, "jurisdiction" should be "jurisdictional".

On page 3, line 9, a typographical error, "MRPC 1.3" should be "MRPC 1.1".

Dated this 5th day of February, 2016.

Respectfully submitted,

STEPHEN C. WOODRUFF
Respondent

-1-