F I L E D
Clerk
District Court

FEB 11 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS
### SEALED CASE

1:13-mc-00061                                          February 11, 2016
                                                       3:40 p.m.


**IN RE:  DISCIPLINARY ACTION OF STEPHEN C. WOODRUFF**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE  PRESIDING
           PATRICIA GARSHAK, COURT REPORTER
           TINA MATSUNAGA, COURTROOM DEPUTY
           REXFORD KOSACK, DISCIPLINARY PROSECUTOR
           STEPHEN WOODRUFF, RESPONDENT


PROCEEDINGS:   MOTION FOR DISCLOSURE AND PRODUCTION
               MOTION TO DISMISS

    Rexford Kosack, Disciplinary Prosecuting Counsel, was present in court. Respondent Stephen Woodruff appeared pro se.

    Respondent waived any demand for a three judge panel for this proceeding.

    Respondent Woodruff argued his Motion to Dismiss, ECF No. [19], and Motion for Disclosure and Production, ECF No. [20].  Attorney Kosack argued in opposition. Respondent Woodruff argued in reply.

    Court, after hearing all arguments, granted in part and denied in part Respondent's Motion for Disclosure and Production.  Court denied Respondent's Motion to Dismiss.

                              Adjourned at 5:25 p.m.


                              /s/ Tina Matsunaga, Courtroom Deputy

_____

### CERTIFICATE OF OFFICIAL COURT RECORDER

    I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on February 11, 2016.  On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

_____