F I L E D
Clerk
District Court

MAR 08 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS
### SEALED CASE

1:13-mc-00061                                    March 8, 2016
                                                 4:05 p.m.

**IN RE:  DISCIPLINARY ACTION OF STEPHEN C. WOODRUFF**

PRESENT:  HON. RAMONA V. MANGLONA, CHIEF JUDGE  PRESIDING
          PATRICIA GARSHAK, COURT REPORTER
          TINA MATSUNAGA, COURTROOM DEPUTY
          REXFORD KOSACK, DISCIPLINARY PROSECUTOR
          STEPHEN WOODRUFF, RESPONDENT

PROCEEDINGS:    STATUS CONFERENCE

Rexford Kosack, Disciplinary Prosecuting Counsel, was present in court. Respondent Stephen Woodruff appeared pro se.

Attorney Kosack apprised the Court that he was contacted by the Respondent regarding his request for a continuance in this matter and asked the Court to hear from Mr. Woodruff regarding this issue.  Respondent Woodruff apprised the Court that he was currently trying to secure counsel for legal representation or to simply assist him in this case.  Respondent Woodruff requested for a continuance of the Evidentiary Hearing currently set for March 16, 2016 to some time in May, based on the attorney aspect and his own  preparation for this case.  Attorney Kosack stated that he would not object to moving the hearing to the end of March.

Court, after hearing from the parties, stated that a short continuance would be warranted here and that it was inclined to grant the request.  Court also stated that it would reach out to the other two panel members and give notice to the parties regarding the procedural issues by this Friday.

Attorney Kosack requested the Court enter an order regarding Exhibits 1 through 30 that were tendered over to Respondent, where Respondent would have up to March 16, 2016 to file any objections to the exhibits.  Court so ordered.  Court advised Attorney Kosack to submit the electronic version of the exhibits at least one week prior to the evidentiary hearing. Attorney Woodruff requested he be provided with an electronic version

of the exhibits as well.

Court, after hearing from the parties, granted Respondent's oral motion to continue the **Hearing on the Merits of the Complaint**, pursuant to LDR 10, to Wednesday, **March 30, 2016** at **9:00 a.m.**  Court also set the matter for a **<u>Status Conference</u>** on Wednesday, **<u>March 23, 2016</u>** at **<u>1:30 p.m.</u>**

Attorney Kosack inquired with the Court if the Complainant would be allowed to attend the hearing.  Court stated that it did not see any harm and that it would allow it. Respondent Woodruff had no position on this.

Adjourned at 4:55 p.m.

/s/ Tina Matsunaga, Courtroom Deputy

---

### <u>CERTIFICATE OF OFFICIAL COURT RECORDER</u>

I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on <u>March 8, 2016</u>. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case.  I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

---