Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.:    +1 (670) 989-2797
Fax:    +1 (808) 356-1349
Email: scwlaw.spn@gmail.com

*In Pro Per*

FILED
Clerk
District Court

MAR 2 3 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

IN RE STEPHEN C. WOODRUFF,    )    **Case No. 1:13-MC-00061**
    )
    )    **SUBMISSION OF RESPONENT'S**
    **Respondent.**    )    **POSITION ON PROSECUTING**
    )    **COUNSEL'S PROPOSED EXHIBITS**
    )
    )
_____)

COMES NOW, Respondent, Stephen C. Woodruff, and lodges with the Court a copy of his position on Prosecuting Counsel's proposed exhibits, as communicated to Prosecuting Counsel on March 16, 2016.

Dated this 22nd day of March, 2016.

Respectfully submitted,

STEPHEN C. WOODRUFF
Respondent

-1-



**Stephen Woodruff <scwlaw.spn@gmail.com>**

---

## Sealed Case - Your proposed exhibits

---

**Stephen Woodruff** <scwlaw.spn@gmail.com>          Wed, Mar 16, 2016 at 4:35 PM
To: Rex Kosack <rex.kosack@gmail.com>

Rex -

See attached.

Regards,

Steve

—
Woodruff Law Office*
P.O. Box 500770
Saipan, MP  96950
Tel.:  1 (670) 989-2797
Fax:  1 (808) 356-1349
website:  http://www.WoodruffLawOffice.com
Email: scwlaw.spn@gmail.com.

*Practice of Law Presently Limited to the United States District Court
for the Northern Mariana Islands, the Ninth Circuit Court of Appeals, and the Supreme Court of the United
States.  Licensed Attorney Representation for other jurisdictions assured, if needed, through arrangements with
other attorneys.

---

 **Pros_prop_exhibits_list.docx**
14K

# *In Re Wooduff*, Misc. Case No. 13-0061

## Respondent's Review of Prosecuting Counsel's Proposed Exhibits

| Exhibit | Comments / Position |
|---|---|
| 1 | Copy of Murugesan Complaint, Civil Action No. 08-0044.  No Objection |
| 2 | Copy of Dismissal Order re GTS Security.  No Objection |
| 3 | Copies of Defendant L&T's Nov. 10, 2008 answer in Civil Action No. 08-0044 and a April 9, 2010 Appellate Commissioner Order in 9th Circuit Appeal No. 09-16342.  The exhibit includes two essentially unrelated documents.  While Respondent has no objection to the admissibility of either, it is unclear why these two documents are incorporated into a single exhibit |
| 4 | Copy of L&T April 17, 2009 Memorandum in support of summary judgment.  Respondent questions the relevance of this document in that Murugesan's appeal was not based on the issues in the SJ motion but instead on the district court's refusal to credit Respondent's declaration and refusal to grant Murugesan additional time to secure counsel. |
| 5 | April 17, 2009 Declaration of Colin Thompson.  Respondent perceives no relevance of this document to the matter at hand. |
| 6 | Copy of April 17, 2009 declaration of Jack Torres.  No objection. |
| 7 | Copy of Murugesan May 7, 2009 Opposition and request for additional time.  No objection. |
| 7.5 | Copy of Murugesan May 22, 2009 Request for an Additional Extension to Retain Legal Counsel.  No objection. |
| 8 | Copy of May 7, 2009 Order Granting Plaintiff Additional Time to Retain an Attorney and File Opposition.  No objection. |
| 9 | Copy of May 22, 2009 Declaration of Stephen C. Woodruff.  No. objection. |
| 10 | Copy of Minutes of May 28, 2009 hearing.  No objection. |
| 11 | Copy of June 26, 2009 Notice of Appeal.  No objection. |
| 12 | Copy of Civil Appeals Docketing Statement and two other documents.  It is not clear why the order granting summary judgment and the Woodruff declaration are included.  Respondent does not recall these being appended to the docketing statement.  Additionally, the docketing statement, while it appears to be the one Respondent prepared, does not bear a court identifying stamp. |
| 13 | Copy of June 29, 2009 docketing letter from the 9th Circuit.  No objection. |
| 14 | Copy of Transcript Designation and Ordering Form.  No objection. |
| 15 | Copy of filed Transcript Order.  No objection.  However, Respondent believes he has no prior personal knowledge of this document. |
| 16 | Copy of 9th Circuit Sept. 21, 2009 Order Setting Assessment Conference |
| 17 | Copy of Oct. 26, 2009 Ninth Circuit Order that the appeal would not be included in the mediation program. |
| 18 | Copy of receipt for transcript.  Respondent has no prior personal knowledge of this document. |
| 19 | Copy of Feb. 17, 2010 Motion to Dismiss Appeal.  No objection. |
| 20 | Copy of email chain.  No objection. |
| 21 | Copy of Transcript Designation and Ordering Form as received in the 9th Circuit on November 15, 2011.  No objection. |

| 22 | Copy of March 4, 2010 Ninth Circuit Clerk's Dispositive Order.  No objection. |
|----|-------------------------------------------------------------------------------|
| 23 | Copy of March 24, 2010 Murugesan "Motion for Reconsideration" to 9th Circuit |
| 24 | Copy of April 7, 2010 Ninth Circuit Appellate Commissioner Order in response to Murugesan "Motion for Reconsideration".  No objection. |
| 25 | Copy of 9th Circuit docket in Murugesan's appeal.  No objection. |
| 26 | Partial copy of document prepared by Woodruff but NOT filed in the Ninth Circuit, bearing a 9th Circuit docketing stamp dated more than a year after preparation.  Admission objectionable on multiple grounds.  (Same as #27) |
| 27 | Partial copy of document prepared by Woodruff but NOT filed in the Ninth Circuit, bearing a 9th Circuit docketing stamp dated more than a year after preparation.  Admission objectionable on multiple grounds.  (Same as #26) |
| 28 | Copy of December 2, 2011 Ninth Circuit Appellate Commissioner Order denying reinstatement of appeal without prejudice.  No. objection. |
| 29 | Copy of August 13, 2014 Murugesan filing in Ninth Circuit.  No objection. |
| 30 | Copy of August 19, 2014 letter from the 9th Circuit Clerk of Court to Murugesan.  No objection. |

Respondent will stipulate to admission into evidence of those exhibits as to which he as "no objection."