F I L E D
Clerk
District Court

MAR 23 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS
### SEALED CASE

1:13-mc-00061                                               March 23, 2016
                                                            1:35 p.m.

**IN RE:  DISCIPLINARY ACTION OF STEPHEN C. WOODRUFF**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE  PRESIDING
           TINA MATSUNAGA, COURTROOM DEPUTY
           REXFORD KOSACK, DISCIPLINARY PROSECUTOR
           STEPHEN WOODRUFF, RESPONDENT

PROCEEDINGS:    STATUS CONFERENCE

Rexford Kosack, Disciplinary Prosecuting Counsel, was present in court. Respondent Stephen Woodruff appeared pro se.

Court stated that because of the full notice given by the Prosecuting Attorney of his intention to pursue any and all other relevant conduct that is beyond the charge conduct, the panel was amenable to granting a continuance of the actual merit hearing and that this would be the just cause that the local rules requires to be shown.

Attorney Woodruff apprised the Court that he has not retained counsel yet and that he is still trying to locate counsel.

Court discussed procedural issues with the parties.

Court ordered Attorney Kosack to tender any relevant conduct discovery material to Respondent Woodruff by April 18, 2016.

Court, for cause shown and for reasons discussed, continued the **Hearing on the Merits of the Complaint**, pursuant to LDR 10, from March 30, 2016 to Monday, **May 23, 2016** at **9:00 a.m.**  Court also set the matter for a **Status Conference** on Monday, **May 9, 2016** at **1:30 p.m.**

Attorney Kosack requested Respondent Woodruff provide notice once counsel is located.  Court so ordered.  Attorney Woodruff stated that he would also give notice

regarding the exhibits he will be using.

Adjourned at 2:30 p.m.

/s/ Tina Matsunaga, Courtroom Deputy
_____
**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on March 23, 2016. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case.  I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

_____