F I L E D
Clerk
District Court

MAY 09 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS
### SEALED CASE

1:13-mc-00061                                                         May 9, 2016
                                                                      1:40 p.m.

**IN RE:  DISCIPLINARY ACTION OF STEPHEN C. WOODRUFF**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE  PRESIDING
           PATRICIA GARSHAK, COURT REPORTER
           TINA MATSUNAGA, COURTROOM DEPUTY
           REXFORD KOSACK, DISCIPLINARY PROSECUTOR

PROCEEDINGS:    STATUS CONFERENCE

Rexford Kosack, Disciplinary Prosecuting Counsel, was present in court. Respondent Stephen Woodruff failed to appear.

Attorney Kosack apprised the Court that he had provided a copy of the conduct discovery materials to Respondent on April 18, 2016.

Court advised Attorney Kosack regarding Designated Judge Tydingco-Gatewood's scheduling conflict and that she may have to withdraw as a panel member, due to this. Court stated that Designated Judge Teresa Kim-Tenorio may bcome a part of this panel. Court stated that it will issue an order regarding the substitution of a panel member in this case.

Attorney Kosack to provide the electronic version of the merits and disciplinary action materials by Wednesday, May 11, 2016.

Court ordered Respondent Woodruff to give notice that he is prepared to proceed with or without counsel on May 23, 2016 and if with counsel, to identify counsel, no later than May 20, 2016 at 9:00 a.m.

                            Adjourned at 2:10 p.m.

                            /s/ Tina Matsunaga, Courtroom Deputy

_____

## CERTIFICATE OF OFFICIAL COURT RECORDER

I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on May 9, 2016.  On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case.  I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

_____