F I L E D
Clerk
District Court

MAY 11 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| In Re: | ) **DISCIPLINARY CASE: UNDER SEAL** |
| | ) |
| STEPHEN C. WOODRUFF, | ) 1:13-MC-00061 |
| | ) |
| Respondent. | ) ORDER OF SUBSTITUTION |
| | ) |
| | ) |
| | ) |

The Honorable Frances Tydingco-Gatewood, Chief Judge of the District of Guam, has informed the undersigned that because of her schedule, she is unable to serve on the Judicial Panel that will hear this disciplinary matter on May 23, 2016.

WHEREFORE the Honorable Teresa Kim-Tenorio, Associate Judge of the Superior Court of the Northern Mariana Islands, is hereby substituted for Chief Judge Tydingco-Gatewood on the Judicial Panel. Judge Kim-Tenorio has been designated to sit in this District pursuant to 48 U.S.C. § 1821(b)(2).

SO ORDERED this 11th day of May, 2016.

_____
RAMONA V. MANGLONA
Chief Judge

1