Sean E. Frink
INVESTIGATING ATTORNEY
Security Title Building, 2nd Floor
Isa Drive, Capitol Hill
PMB 323, Box 10001
Saipan, MP 96950
T: 670.322.9991
F: 670.322.9993
Sfrink@mlsg.Law

FILED
Clerk
District Court

MAY 16 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

In Re:

STEPHEN C. WOODRUFF,

        Respondent.

DISCIPLINARY CASE:FILED UNDER SEAL

1:13-MC-00061

DECLARATION OF SEAN E. FRINK

I, Sean E. Frink, hereby declare that I am over the age of 18 years, competent to testify to the matter contained herein, am personally familiar with the events referenced in this Declaration, and provide the following information based upon personal knowledge:

1.     I am the investigating counsel referenced in the Decision and Order issued by the Court in this matter on May 13, 2016, and submit this Declaration pursuant to that Decision and Order.

2.     I affirm that all of Respondent's written evidence and statements relevant to the complaint that were submitted to me, including all exhibits, were attached to the report to the Disciplinary Committee, as required by LDR 5(c). No oral testimony was taken in this matter.

FILED UNDER SEAL

DISCIPLINARY CASE
1:13-MC-00061

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on Saipan, Commonwealth of the Northern Mariana Islands, USA, on May 16, 2016.

Respectfully submitted,

_____

SEAN E. FRINK

-2.-　　CIVIL ACTION NO. 15-00003