Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.:    +1 (670) 989-2797
Fax:    +1 (808) 356-1349
Email: scwlaw.spn@gmail.com

*In Pro Per*

FILED
Clerk
District Court

MAY 23 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| IN RE STEPHEN C. WOODRUFF, | ) | Case No. 1:13-MC-00061 |
| | ) | |
| | ) | |
| Respondent. | ) | RESPONDENT'S NOTICE OF |
| | ) | PROPOSED NON-HEARING |
| | ) | DISPOSITION |
| | ) | |
| _____ | ) | |

COMES NOW, Respondent, Stephen C. Woodruff, and hereby proposes to the Judicial Panel the following disposition without hearing.  Respondent has attempted to discuss settlement of this matter with the Prosecuting Counsel, but Prosecuting Counsel is unwilling to agree with Respondent on a disposition that includes an appropriate discipline to be imposed.

While reserving the right of appeal as to any previous orders in this matter, Respondent is prepared to stipulate, based on the pleadings, that he violated MRPC 1.3 (Diligence) and accept a private reprimand.

Respondent believes public reprimand would be excessive, in that he was already publicly embarrassed and injured when Mr. Murugesan was allowed to file his complaint publicly in an unrelated case, with attendant prominent media coverage.

Respondent acknowledges that in the past there have been some deficiencies in his law practice.  The conditions that led to those deficiencies – particularly his tendency to "do too

-1-

much for too many for too little," in the words of one of his colleagues in the Bar – no longer exist.

Importantly, also, those deficiencies affected only a very small percentage of Respondent's clients over more than a dozen years of private practice, less than one percent. While many of the complaints made against Respondent were of little or no merit, or involved little or no actual injury to the client, Respondent acknowledges that complaints did exist and he should have done a better job of avoiding those complaints and better managing his practice.

Recognizing that the Judicial Panel may desire assurances that problems that existed in the past will not recur, Respondent is prepared to accept a one-year term of probation, such that if problems occur in his federal cases subsequently during the probation period, the disciplinary sanction can be reevaluated.

WHEREFORE, Respondent requests the Judicial Panel accept the foregoing proposed disposition.

Dated this 22nd day of May, 2016.

Respectfully submitted,

STEPHEN C. WOODRUFF
Respondent