AO 187 (Rev.7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

In Re
Disciplinary Action of
Stephen C. Woodruff

**EXHIBIT AND WITNESS LIST**

Case No.: 1:13-mc-00061

| PRESIDING JUDGES | PROSECUTING ATTORNEY | RESPONDENT |
|---|---|---|
| Hon. Ramona V. Manglona, Chief Judge<br>Hon. Robert C. Naraja, Designated Judge<br>Hon. Teresa Kim Tenorio, Designated Judge | REXFORD KOSACK | STEPHEN C. WOODRUFF |

| HEARING ON THE MERITS<br>May 23, 2016 | COURT RECORDER<br>n/a, FTR | COURTROOM DEPUTY<br>Daniel Isaac P. Brown |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| **W-1** |  | 05/23/2016 |  |  | **Stephen C. Woodruff,** Respondent.  DX. |
| 1 |  | 05/23/2016 |  | 05/23/2016 | COMPLAINT in Sabbaiah v. L&T Group of Companies, Ltd., et al., filed Oct. 14, 2008 |
| 2 |  | 05/23/2016 |  | 05/23/2016 | ORDER OF DISMISSAL of GTS Security filed April 2, 2009 |
| 3 |  | 05/23/2016 |  | 05/23/2016 | ANSWER TO COMPLAINT by L&T Group of Companies, Ltd., filed Nov. 10, 2008 |
| 4 |  | 05/23/2016 |  | 05/23/2016 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT L&T GROUP OF COMPANIES, LTD., filed April 17, 200 |
| 5 |  | 05/23/2016 |  | 05/23/2016 | DECLARATION OF COLIN M. THOMPSON (for Summary Judgment motion) |
| 6 |  | 05/23/2016 |  | 05/23/2016 | DECLARATION OF JOAQUIN S. TORRES (for Summary Judgment motion) |
| 7 |  | 05/23/2016 |  | 05/23/2016 | OPPOSITION TO MOTION FOR SUMMARY JUSGMENT AND REQUEST FOR ADDITIONAL TIME by Sabbaiah Murugesan, filed May 7, 2009 |
| 7.5 |  | 05/23/2016 |  | 05/23/2016 | REQUEST FOR AN ADDITIONAL EXTENSION TO RETAIN LEGAL COUNSEL by Sabbaiah Murugesan, filed May 22, 2009 |
| 8 |  | 05/23/2016 |  | 05/23/2016 | ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO RETAIN AN ATTORNEY AND FILE OPPOSITION (Munson, J.) filed May  7, 2009 |
| 9 |  | 05/23/2016 |  | 05/23/2016 | DECLARATION OF STEPHEN C. WOODRUFF, filed May 22, 2009 |
| 10 |  | 05/23/2016 |  | 05/23/2016 | MINUTES RE: MOTION FOR SUMMARY JUDGMENT/MOTION TO CONTINUE, filed May 28, 2009 |
| 11 |  | 05/23/2016 |  | 05/23/2016 | NOTICE OF APPEAL, filed June 26, 2009 by Stephen C. Woodruff |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DX - Direct Examination          CX- Cross Examination
RDX - Redirect Examination       RCX- Recross Examination

Page 1 of  3  Page

AO 187 (Rev.7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| In Re | **EXHIBIT AND WITNESS LIST** |
|---|---|
| Disciplinary Action of Stephen C. Woodruff | Case No.: 1:13-mc-00061 |

| PRESIDING JUDGE Hon. Ramona V. Manglona, Chief Judge Hon. Robert C. Naraja, Designated Judge Hon. Teresa Kim Tenorio, Designated Judge | PROSECUTING ATTORNEY REXFORD KOSACK | RESPONDENT STEPHEN C. WOODRUFF |
|---|---|---|
| HEARING ON THE MERITS May 23, 2016 | COURT RECORDER n/a FTR | COURTROOM DEPUTY Daniel Isaac P. Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 12 | | 05/23/2016 | | 05/23/2016 | UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT, filed June 26, 2009 by S. Woodruff |
| 13 | | 05/23/2016 | | 05/23/2016 | NINTH CIRCUIT TIME SCHEDULE ORDER, filed June 29, 2009 |
| 14 | | 05/23/2016 | | 05/23/2016 | TRANSCRIPT DESIGNATION AND ORDERING FORM, filed Aug. 12, 2009 |
| 15 | | 05/23/2016 | | 05/23/2016 | TRANSCRIPT ORDER FORM, signed Aug. 12, 2009 |
| 16 | | 05/23/2016 | | 05/23/2016 | ORDER SETTING ASSESSMENT CONFERENCE, filed Sept. 21, 2009 (9th Cir.) |
| 17 | | 05/23/2016 | | 05/23/2016 | ORDER (re Mediation), filed October 26, 2009 |
| 19 | | 05/23/2016 | | 05/23/2016 | MOTION TO DISMISS APPEAL PURSUANT TO FRAP RULE 31 (c), filed by L&T Group of Companies, February 17, 2010 |
| 20 | | 05/23/2016 | | 05/23/2016 | WOODRUFF EMAIL TO CLERK OF DISTRICT COURT, February 19, 2010 |
| 22 | | 05/23/2016 | | 05/23/2016 | ORDER dismissing case for failure to prosecute, 9th Cir. Clerk, March 4, 2010 |
| 23 | | 05/23/2016 | | 05/23/2016 | MOTION FOR RECONSIDERATION, by Subbaiah Murugesan pro se, March 24, 2010 |
| 24 | | 05/23/2016 | | 05/23/2016 | ORDER, denying motion for reinstatement, 9th Cir., April 7, 2010 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DX - Direct Examination          CX- Cross Examination
RDX - Redirect Examination       RCX- Recross Examination

Page 2 of _3_ Page

AO 187 (Rev.7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| In Re | **EXHIBIT AND WITNESS LIST** |
|---|---|
| Disciplinary Action of | |
| Stephen C. Woodruff | Case No.: 1:13-mc-00061 |

| PRESIDING JUDGES<br>  Hon. Ramona V. Manglona, Chief Judge<br>  Hon. Robert C. Naraja, Designated Judge<br>  Hon. Teresa Kim Tenorio, Designated Judge | PROSECUTING ATTORNEY<br>  REXFORD KOSACK | RESPONDENT<br>  STEPHEN C. WOODRUFF |
|---|---|---|
| HEARING ON THE MERITS<br>May 23, 2016 | COURT RECORDER<br>  n/a, FTR | COURTROOM DEPUTY<br>  Daniel Isaac P. Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | 05/23/2016 | | 05/23/2016 | RENEWED MOTION FOR REINSTATEMENT OF THE CASE AND DECLARATION OF COUNSEL, 9th Cir., November 15, 2011 |
| 27 | | 05/23/2016 | | 05/23/2016 | DECLARATION OF STEPHEN C. WOODRUFF, 9th Cir., filed November 15, 2011 |
| 28 | | 05/23/2016 | | 05/23/2016 | ORDER, denying motion for reinstatement, 9th Cir., filed December 2, 2011 |
| 29 | | 05/23/2016 | | 05/23/2016 | LETTER TO CHIEF JUDGE KOZINSKI & CLERK OF COURT, 9th Cir., from Subbaiah Murugesan, filed August 13, 2014 |
| 30 | | 05/23/2016 | | 05/23/2016 | LETTER FROM DEPUTY CLERK TO SUBBAIAH MURUGESAN, filed August 19, 2014 |
| 25 | | 05/23/2016 | | 05/23/2016 | UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT GENERAL DOCKET, as of August 19, 2014, for Murugesan v. L&T Group Appeal |
| **W-2** | | 05/23/2016 | | | **Murugesan Subbaiah**. DX. |
| 26 | | | | | RENEWED MOTION FOR REINSTATEMENT OF THE CASE AND DECLARATION OF COUNSEL, 9th Cir., November 15, 2011 |
| 27 | | | | | DECLARATION OF STEPHEN C. WOODRUFF, 9th Cir., filed November 15, 2011 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DX - Direct Examination          CX- Cross Examination
RDX - Redirect Examination       RCX- Recross Examination

Page 3 of __3__ Page