

**Dec 2005 to Aug 2006**

**Prematilaka v. Camacho: (Dist. Ct.) Dismissal with prejudice for "plaintiff's repeated failures to promptly pursue" prosecution of the case. No action taken since filing of complaint.**

Dec 2005    Jan 2006    Aug 2006





**Jan 2007 to Jun 2008**

**WARFLE: paid $600 to file forms with USCIS, took 18 months, clients unable to reach SW, said he would reschedule interview but did not, resulting in denial for failure to attend interview.**

**Dec 2007 to Sep 2008**

**BAING: appeal of Labor case, han and said more documents would b submitted, but took no further acti says appeal was only so Baing cou in CNMI.**

**Jan 23, 2008**

**Soriano v. Jung A Ent.: (Dist. Ct.) SW failed to appear at settlement conference, ordered to pay $50. (Munson, J.)**

| Jan 2008 | Feb 2008 | Mar 2008 |

**Jan 2008 to Aug 2008**

**Alcaraz v. Hansoll Textile: (Dist. Ct.) OSC re dismissal issued to SW to explain why failure to serve Ds from 1/16/08 to 8/22/08. (Munson, J.)**





**Oct 7, 2008**

Africa v. CGMI: (Dist Ct.) Dismissed with prejudice for failure to accomplish service on D. (Munson, J.).

**Oct 27, 2008**

Feliciano v. Hope: (Dist C to appear for settlement c Sanctioned $

Aug 2008            Sep 2008            Oct 2008

**Aug 22, 2008**

Lacbayo v. Watabe Wedding: (Dist. Ct.) OSC re dismissal issued to SW as to why service on Ds not done from 3/08 to 8/22/08. (Munson, J.)



**Eastern
Ct.) SW failed
r plaintiff at
conference.
$175.**

**Dec 1, 2008**

**FELICIANO: (Dist. Ct.) SW, attorney for plaintiff, failed to appear on morning of trial.  "As in almost all of his other lawsuits in this court, Mr. Woodruff has, in this matter, missed deadlines and conferences, almost always due to 'unforseen emergencies' of a personal or professional nature."  "The court is left with the unmistakable impression that Mr. Woodruff has never given his client the level of representation required to practice law in this court and, put simply, tht he was not prepared to proceed to trial today."  SW directed to notify client in writing that he may have a cause of action against SW for "failure to meet minimum professional standards in client representation, and that Mr. Feliciano should seek the opinion of another attorney." Dismissed with prejudice.  (Munson, J.)**

**Feb 2009**

**CAMBRONERO: repres
federal case, in respon
meritorious as to fed cl
claims be dismissed w/
state why, did not atten
for Ds on all claims, and
matter, failed to respon
dismiss, so his client's
prejudice.  Failed to co**

**Fe**

**Alc
app**

**Dec 2008**

**Jan 2009**

**Feb 2009**

**Dec 19, 2008**

**Feliciano v. Eastern Hope (Dist Ct):  Motion for reconsideration denied.  (Munson, J.)**

sented plaintiff in
se to SJ motion, said
aims but asked local
o prejudice.  Did not
d hearing.  Judgment
d costs.  In Labor
d to motion to
claim dismissed w/
mmunicate with client.

**Mar 27, 2009**

Santos v. Winners Corp: (Dist
Ct.) Case dismissed without
prejudice for failure to serve
D since 5/12/08.  (Munson, J.)

b 13, 2009

caraz v. Hansoll Textile: (Dist. Ct.) SW failed to
pear at status conference, ordered to pay $225.

Mar 2009                                    Mar 2009                              Apr 2009



**Aug 12, 2009**

Sabaiah:  SW orders transcript two weeks after deadline set by Ninth Circuit order.

**Oct 6, 2009**

FELICIANO #2: SW appealed dismissal by Judge Munson to Ninth Circuit.  SW failed to file Appellant's Opening Brief, so appeal dismissed for lack of prosecution.

**Sep 2009**

**Oct 2009**

**Nov 2009**

**Jul 2009 to Jan 2010**

KIM:  SW was paid $1,000 to to Immigration work for Ms. Kim's son and possibly set aside adoption decree.  Never able to determine what work SW had done.

# History of Stephen Woodruff Disciplinary Actions

**Nov 16, 2009**

Sabaiah:  Deadline for filing Appellant's Opening Brief.  SW failed to file brief with Ninth Circuit.

**Feb 17, 2010**

Sabaiah:  Motion to Dismis[s] Appeal filed by Opposing [Counsel] for failure to file Opening [Brief]

**Nov 17, 2009**

Sabaiah:  Opposing Counsel sends letter to remind SW that deadline for Appellant's brief was yesterday.

**2007 to 2012**

QUITANO: As appointed counsel, SW told client that trial was too expensive for SW as a lawyer, refused to follow client plea directions, told client to seek appeal on grounds of ineffective assistance, and said it would cost client $2,000 for SW to handle appeal.  [Bar: no action letter]

Jan 2010     Feb 2010     Feb 2010



s
Counsel
Brief.

**Mar 1, 2010**

Due date for Opposition to Motion to Dismiss Appeal. SW failed to file anything with Ninth Circuit.

**Mar 4, 2010**

Sabaiah: Ninth Circuit order dismisses appeal for failure to prosecute by filing Opening Brief.

Mar 2010    Apr 2010    May 2011

**Feb 19, 2010**

Sabaiah: SW sends email to Dist. Ct. clerk explaining transcript not done, asking her to get more time for brief from Ninth Circuit. Forwarded to court reporter, who writes back to state transcript is done and was given to his client already. SW does nothing further.

**Apr 7, 2010**

Sabaiah: Ninth Circuit will reinstate case if renewed motion accompanied with opening brief filed in 45 days (5/22).

**May 20, 2011**

Garcia v. Poo
OSC why cou
case for lack
action for pa
(Marshall, J.)



**May 2011 to Jan 2012**

GARDE: paid $1,200 t
Court verbally grante
written order.  Court s
submit proposed dec
stop calling his office
did not have copy of

**May 27, 2011**

Pariyar v. Hong Kong Entertainment:
(Ninth Circuit) SW failed to file the opening
brief, so appeal dismissed.  SW directed to
immediately notify his client in writing.

**Jun 20, 2011**

Garcia v. Poong-In Saipan: (Dist. Ct.)
SW failed to explain why service of
process should be deemed effected,
so case dismissed without prejudice.
(Tydingco-Gatewood, J.)

Jun 2011

Jun 2011

Jul 2011

ong-In Saipan: (Dist. Ct.)
rt should not dismiss
of prosecution as no
st six months.

**Jul 2008 to Jan 2012**

ELLIS: (1) In 2008, SW was paid $400 to get IR status, but he never processed
the application.  (2) On 8/25/09, SW paid $3,000 to file for resident alien status
and to bring paternity action.  SW never filed the paternity case.  Signed
documents on 1/10.  Client tried to get status report by phone once/week, then
visit office once/week, sometimes waiting three hours.  On 10/2/11, SW
threatened to call police if she not leave office.  Showed her mail receipt
indicating application mailed on 4/14/11.  By 1/12, she still had no report on
status.

**Jul 6**

Quitu
(Dist
caus
dism
(Tydi



to handle divorce.
d it in 5/11, but no
said waiting for SW to
ree.  SW told her to
.  As of 1/12, she still
her divorce decree.

**Sep 2009 to Jan 2012**

REYES:  Paid $2,510 in 2009 to handle application for U.S. resident alien.  In June 2010, SW asked for documentation, which was provided.  Called 10x, no return call.  Wait at office 3x/week, sometimes as long as 5 hours, not able to speak to SW.  As of 1/12, SW still had not responded to her inquiries as to status.

**Jul 2011 to Feb 20**

LEE:  SW paid $1,
E2-C status for Le
three children.  S
submitted applica

**Jul 2011 to Mar 2012**

YU:  criminal appointment, SW
of representation during 7/11
communicate with client; told
but not true.  [Bar recommend
3/18/13]

Oct 2011    Nov 2011    Dec 2011

, 2011

ugua v. Micronesian Resort:
. Ct.) SW ordered to show
e why case should not be
issed for six months inactivity.
ngco-Gatewood, J.)

**Nov 15, 2011**

Sabaiah:  Renewed motion prepared by SW along with SW's Declaration filed with Ninth Circuit 1 1/2 years late.  [Sabaiah says SW told him he had filed it.  SW denies he filed it.]

**Dec 2, 2011**

Sabaiah: Ninth Circuit denies motion, but will reinstate appeal if renewed motion filed with Opening Brief in 28 days.



**Jan 18, 2012**

Legaspi v. Neo Fashion: (Dist. Ct.) SW failed to file response to OSC, so case dismissed without prejudice for lack of prosecution. (Manglona, J.)

**Feb 2012**

CAMACHO: SW defended prior sexual offender client in kidnap/molest case without preparing him for trial, sleeping in trial, and not informing client re mandatory minimum sentence when advising him to plead guilty. [Bar: no action letter, 8/13]

**...012**

...500 to get ...ee and ...W never ...tion.

**Oct 2011 to Nov 2012**

CEPEDA: SW accepted $3,222 in fees for petition... alien relative and employment authorization at Homeland Security and appeal to Immigration Bo... Told clients he had filed on their behalf, but did ... [Bar: no action letter, 8/13]

...N took private fee; issue ...trial; refusal to ...l Yu he had filed appeal, ...ded prosecution,

Jan 2012          Feb 2012          Mar 2012

**Dec 30, 2011**

Legaspi v. Neo Fashion: (Dist. Ct.) SW ordered to show cause why case should not be dismissed where no action for past three years. (Manglona, J.)



**Dec 21, 2012**

Cada v. World Corporation et al: (Dist Ct.) SW failed to file opposit[...] to dismiss case, so matter dismissed w/o prejudice. "Plaintiff's cou[...] frequently has missed deadlines or filed incomplete pleadings in c[...] this court and the Ninth Circuit Court of Appeals. In so doing, he h[...] courts and opposing parties needlessly to expend resources on lit[...] initiated and then neglected." (Manglona, J.)

**Oct 2012 to Feb 2013**

BONIFACIO & RAMIREZ: SW collected $900 towards $3k fee to represent both in removal proceedings. Granted voluntary departure, but had to post bonds equalling $1,000 with departure for 2/4. SW to file appeal, told them he had done so on several occasions, but he had not. Result was they were removed and lost $1k bond. [Bar: no action, 8/13]

n for

ard.

not.

**Dec 2[...]**

KUA[...] $880 [...] Empl[...] Auth[...] neve[...] [pen[...]

Oct 2012    Nov 2012    Dec 2012



**ion to motion
unsel of record
ases before
as cause the
tigation that he**

**4, 2012**

**NG: SW collected
to process
oyment
orization, but
r did the work.
ding]**

**Jan 2, 2013**

**MA:  SW took $1,150 from client to file appeal with Homeland Security (DHS).  DHS returned check on 1/15/13 as year was dated 2014 instead of 2013.  In April 2013, client still not informed of status of case.  [Bar: no action letter, 4/30/14]**

**Feb 1, 2013**

<u>**Supreme Court SUSPENSION Order**</u>**:** emergency application by Disciplinary Committee requesting suspension pending outcome of cases in Superior Court.  Court found public will suffer irreparable harm if SW continues practicing law and, if true, complaints show SW routinely fails to follow through in cases he takes, causing clients to permanently lose their claims.

**Feb 2013**

**SOUND:  SW failed to file reply to CUC hearing officer, resulted in client's disconnection, loss of case, and $2,000 in attorney fees. [Bar: no action letter, 4/20/13]**

Jan 2013    Feb 2013    May 2013

**Feb 27, 2013**

**Sadim v. Sam Kwang Saipan Corp et al: (Dist Ct.) SW ordered to show cause why case should not be dismissed after three years inactivity.  (Manglona, J.)**

**Feb 27, 2013**

**Acunin v. Sam Kwang Saipan et al: (Dist Ct.) SW ordered to show cause why case should not be dismissed after four years inactivity.  (Manglona, J.)**

**Jun 7, 2013**

**DISBARMENT Order:** Superior Court (Wiseman), based on nine (red) cases. Ordered to submit list of clients and repay unearned retainer fees, reimburse complainants their fees. Civil No. 13-0017.

**Jan 2012 to May 2013**

**BASHAR:** SW filed appeal on removal decision based on criminal conviction, but SW failed to submit a brief, so the appeal was dismissed. [Bar: no action letter, 8/13]

**Oct 2, 2013**

**CIVIL CONTEMPT:** Superior Court (Wiseman). days jail for failing to comply with Disbarment suspended to allow compliance by 10/8/13.

Jun 2013    Oct 2013    Nov 2013

**Feb 27, 2013**

**Choi v. Jung A Enterprises, et al:** (Dist Ct.) SW ordered to show cause why case should not be dismissed after almost four years inactivity. (Manglona, J.)

**Oct 2011 to Feb 2014**

**AGUON:  Chinese woman marries Aguon, ordered removed, SW paid $2,7150 by her to appeal, SW files notice on 10/11, but never files brief, on 2/14 BIA dismissed appeal for failure to prosecute and informs Aguon for first time that SW was suspended on 3/13 before Immigration Court.  [Bar: no action letter, 4/14]**

**Dec 2, 2013**

**SENTENCED TO THREE DAYS JAIL:  Superior Court (Wiseman) for continued failure to comply with Rule 15 affidavit.**

, five
Order,

Dec 2013

Jan 2014

Feb





**Dec 9, 2015**

AFFIRM DISBARMENT:  Supreme Court. Basis of action involved multiple complaints that Woodruff failed to diligently pursue legal matters.  SW challenged refusal to set aside entry of default.  Held that SW failed to carry burden of showing it was not the result of his own culpable conduct and that there was a meritorious defense.

cuit order
ut will be
ng Brief filed.

al.

2014    Dec 2015