

**Jan 2007 to Jul 2008**

WARFLE:  paid $600 to file forms with USCIS, took 18 months, clients unable to reach SW, said he would reschedule interview but did not, resulting in denial for failure to attend interview.

**Dec 1, 2**

FELICIA
morning
Woodru
always
nature."
Woodru
require
prepare
client i
"failure
represe
another

Jan 2007 | Feb 2007 | Dec 2007 | Jan 2008 | Feb 2008 | Mar 2008 | Apr 2008 | May 2008 | Jun 2008 | Jul 2008

**Dec 2007 to Sep 2008**

BAING:  appeal of Labor case, handwritten and said more documents would be submitted, but took no further action. SW says appeal was only so Baing could remain in CNMI.

**2008**

NO: (Dist. Ct.) SW, attorney for plaintiff, failed to appear on g of trial. "as in almost all of his other lawsuits in this court, Mr. ff has, in this matter, missed deadlines and conferences, almost due to 'unforeseen emergencies' of a personal or professional " "The court is left with the unmistakable impression that Mr. ff has never given his client the level of representation d to practice law in this court and, put simply, that he was not ed to proceed to proceed to trial today." SW directed to notify n writing that he may have a cause of action against SW for to meet minimum professional standards in client ntation, and that Mr. Feliciano should seek the opinion of r attorney." Dismissed with prejudice. (Munson, J.)

**Feb 2009**

CAMBRONERO: represented plaintiff in federal case, in response to SJ motion, said meritorious as to fed claims but asked local claims be dismissed w/o prejudice. Did not state why, did not attend hearing. Judgement for Ds on all claims, and costs. In Labor matter, failed to respond to motion to dismiss, so his client's claim dismissed w/ prejudice. Failed to communicate with client.

| Aug 2008 | Sep 2008 | Oct 2008 | Nov 2008 | Dec 2008 | Jan 2009 | Feb 2009 | Mar 2009 | Apr 2009 | May 2009 | Jun 20 |
|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|--------|

**Jul 2008 to Nov 2011**

ELLIS:  (1) In 2008, SW was paid $400 to get IR status, but he never processed the application. (2) On 8/25/09, SW paid $3,000 to file for resident alien status and to bring paternity action. SW never filed the paternity case. Signed documents on 1/10. Client tried to get status report by phone once/week, then visit office once/week, sometimes waiting three hours. On 10/2/11, SW threatened to call police if she does not leave office. Showed her mail receipt indicating application mailed on 4/14/11. By 1/12, she still had no report on status.



## History of Stephen Wood

**Sep 2009 to Jan 2011**

REYES: Paid $2,510 in 2009 to handle application for U.S. resident alien. In June 2010, SW asked for documentation, which was provided. Called 10x, no return call. Wait at office 3x/week, sometimes as long as 5 hours, not able to speak to SW. As of 1/12, SW still had not responded to her inquiries as to status.

**Jan 2**

LEE:
E2-C
three
subm

**Oct 6, 2009**

FELICIANO #2: SW appealed dismissal by Judge Munson to Ninth Circuit. SW failed to file Appellant's Opening Brief, so appeal dismissed for lack of prosecution.

| 09 | Jul 2009 | Aug 2009 | Sep 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Jan 2011 | Feb 2011 | Mar 201 |

**Jul 2009 to Jan 2010**

KIM: SW was paid $1,000 to do Immigration work for Ms. Kim's son and possibly set aside adoption decree. Never able to determine what work SW had done.

# ruff Disciplinary Actions

**2011 to Jan 2012**

**SW paid $1,500 to get status for Lee and children. SW never mitted application.**

**May 2011 to Jan 2012**

**GARDE: paid $1,200 to handle divorce. Court verbally granted 5/11, but no written order. Court said waiting for SW to submit proposed decree. SW told her to stop calling his office. As of 1/12, she still did not have a copy of her divorce decree.**

| Apr 2011 | May 2011 | Jun 2011 | Jul 2011 | Aug 2011 | Sep 2011 | Oct 2011 | Nov 2011 | Dec 2011 | Jan 2012 |

**Feb 1, 2013**

Supreme Court SUSPENSION Order: emergency application by Disciplinary Committee requesting suspension pending outcome of cases in Superior Court.  Court found public will suffer irreparable harm if SW continues practicing law and, if true, complaints show SW routinely fails to follow through in cases he takes, causing clients to permanently lose their claims.

**Jun 7, 2013**

DISBARMENT Order: Superior Court (Wiseman), based on nine (red) cases.  Ordered to submit list of clients and repay unearned retainer fees, reimburse complainants their fees. Civil No. 13-0017.

| Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 | Jul 2013 | Aug 2013 | Sep 2013 | Oct 2013 | Nov 2013 | D |

**Oct 2, 2013**

CIVIL CONTEMPT: Superior Court (Wiseman), five days jail for failing to comply with Disbarment Order, suspended to allow compliance by 10/8/13.

**Feb 27, 2014**

**Order Denying Motion to Dismiss (new disciplinary case): SW argued once disbarred, Court has no jurisdiction over him. Motion Denied (Wiseman). Civil No. 13-0205.**

**Dec 9, 2015**

**AFFIRM DISBARMENT: Supreme Court. Basis of action involved multiple complaints that Woodruff failed to diligently pursue legal matters. SW challenged refusal to set aside entry of default. Held that SW failed to carry burden of showing it was not the result of his own culpable conduct and that there was a meritorious defense.**

| ec 2013 | Jan 2014 | Feb 2014 | Dec 2015 | Jan 2016 | Feb 2016 | Mar 2016 |

**Dec 2, 2013**

**SENTENCED TO TWO DAYS JAIL: Superior Court (Wiseman) for continued failure to comply with Rule 15 affidavit.**

**Mar 9, 2016**

**Order (Wiseman): distribution of monies per disciplinary orders.**

**Feb 12, 2014**

**Order (Wiseman): appointed auditor of SW accounts.**