Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.:    +1 (670) 989-2797
Fax:    +1 (808) 356-1349
Email: scwlaw.spn@gmail.com

*In Pro Per*

FILED
Clerk
District Court

JUN 1 4 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

IN RE STEPHEN C. WOODRUFF,          )      **Case No. 1:13-MC-00061**
                                    )
                                    )
          **Respondent.**           )
                                    )      **DECLARATION OF**
                                    )      **STEPHEN C. WOODRUFF**
                                    )
                                    )
_____)

I, Stephen C. Woodruff, declare and state, under penalty of perjury, as follows:

1. I am the Respondent in the above-captioned matter.

2. I make this declaration in support of my response to Prosecuting Counsel's "Disposition Memorandum: Factors in Aggravation."

3. The statements of fact in my Response to Prosecuting Counsel's Disposition Memorandum are true and correct based on my personal knowledge. Opinions expressed in said response have been formed in good faith based on personal knowledge and such other information as is available to me.

4. Filed contemporaneously with this declaration are three volumes of exhibits. Each volume contains an index at the beginning. The documents contained in the volume are, of my personal knowledge, true copies of the documents identified in the index. Where a document is a statement made by me or contains statements by me, the assertions of fact in the statement are either true of my personal knowledge, based on information available to me and believed by me

-1-

to be true, or good faith opinions formed on the basis of personal knowledge and other information available to me at the time.

I, Stephen C. Woodruff, declare and state, under penalty of perjury under the laws of the United States of America, that this declaration is true and correct and is based on my personal knowledge.

Executed this 14th day of June, 2016, on the island of Saipan, Commonwealth of the Northern Mariana Islands.

STEPHEN C. WOODRUFF
Respondent