Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.:  +1 (670) 989-2797
Fax:  +1 (808) 356-1349
Email: scwlaw.spn@gmail.com

*In Pro Per*

FILED
Clerk
District Court

JUN 1 4 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

IN RE STEPHEN C. WOODRUFF,    )        **Case No. 1:13-MC-00061**
                              )
                              )
        **Respondent.**       )
                              )
            .                 )
                              )
                              )

# RESPONDENT'S EXHIBITS

## VOLUME 1

-1-

## VOLUME I INDEX

| No. | Document | Bates Number |
|---|---|---|
| 1. | Declaration of Stephen C. Woodruff Submitting Attorney Calendar (Nor. Mar. I. S. Ct.)(filed Jan. 23, 2013) | 001 |
| 2. | Contempt Order (Nor. Mar. I. S. Ct., March 11, 2013) | 025 |
| 3. | Submission of Active Client List (Nor. Mar. I. S. Ct.)(filed March 15, 2013) | 027 |
| 4. | Notice of Submission of Active Client List (Nor. Mar. I. S. Ct.)(filed March 15, 2013) | 029 |
| 5. | Proof of Service (Nor. Mar. I. S. Ct.)(filed March 15, 2013) | 032 |
| 6. | Motion for an Order Confirming Dissolution of Contempt Order (Nor. Mar. I. S. Ct.)(filed March 15, 2013) | 036 |

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**



E-FILED
CNMI SUPREME COURT
E-filed: Jan 23 2013 09:22AM
Clerk Review: Jan 23 2013 09:24AM
Filing ID: 49061104
Case No.: 2013-SLD-0001-ADA
Deanna M Manglona

IN RE DISCIPLINARY PROCEEDINGS OF STEPHEN C. WOODRUFF,

Respondent

Supreme Court No. 2013-SCC-0001-ADA

**DECLARATION OF STEPHEN C. WOODRUFF
<u>SUBMITTING ATTORNEY CALENDAR</u>**

I, Stephen C. Woodruff, declare and state, under penalty of perjury, as follows:

1. I am the respondent in the above-captioned matter.

2. Attached is a true and correct copy of my current calendar for the first three months of this year. It is not entirely complete as some events are yet to be posted. It also changes almost daily as new events are scheduled in response to court orders and developments in cases.

3. The calendar also does not contain my four cases presently pending with the Ninth Circuit Court of Appeals.

001

4.   The calendar also does not include a large number of transactional and administrative matters I am handling on behalf of clients with private law needs or applications, petitions, appeals, or motions with the Department of Homeland Security or other agencies.

5.   Examination of this calendar, together with consideration of the matters not reflected in the calendar, amply shows the extremely negative effect on my clients, their interests, and potentially the interests of others similarly situated, that interim suspension of my ability to practice law would likely cause.

I, Stephen C. Woodruff, declare and state under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands that the statements contained herein are true and correct to the best of my knowledge and belief.

Executed this 23rd day of January, 2013, on Saipan, Commonwealth of the Northern Mariana Islands.

/s/
_____
STEPHEN C. WOODRUFF   F0190
Respondent

2

, ........... birthdays and events

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |

Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 5 of 39

Feb 2013 (Saipan)

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 1 | 2 | 3 |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |



Sat 5 Jan – Wed 9 Jan 2013 (Saipan)

Sat 5/1　Sun 6/1　Mon 7/1　Tue 8/1　Wed 9/1

00:00
01:00
02:00
03:00
04:00
09:00
10:00
11:00
12:00
13:00

007

Thu 10 Jan – Mon 14 Jan 2013 (Saipan)

| | Thu 10/1 | Fri 11/1 | Sat 12/1 | Sun 13/1 | Mon 14/1 |
|---|---|---|---|---|---|
| 07:00 | | | | | |
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |
| 16:00 | | | | | |
| 17:00 | | | | | |
| 18:00 | | | | | |

800

| | Tue 15/1 | Wed 16/1 | Thu 17/1 | Fri 18/1 | Sat 19/1 |
|---|---|---|---|---|---|
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |
| 16:00 | | | | | |
| 17:00 | | | | | |
| 18:00 | | | | | |
| 19:00 | | | | | |

Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 11 of 39

600



| Fri 25/1 | Sat 26/1 | Sun 27/1 | Mon 28/1 | Tue 29/1 |
|---|---|---|---|---|

05:00

06:00

07:00

08:00

09:00

10:00

11:00

12:00

13:00

14:00

15:00

16:00

011

Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 13 of 39



Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 14 of 39

Mon 4 Feb – Fri 8 Feb 2013 (Saipan)

Mon 4/2    Tue 5/2    Wed 6/2    Thu 7/2    Fri 8/2

07:00
08:00
09:00
10:00
11:00
12:00
13:00
14:00
15:00
16:00
17:00
18:00

013

| | Sat 9/2 | Sun 10/2 | Mon 11/2 | Tue 12/2 | Wed 13/2 |
|---|---|---|---|---|---|
| 04:00 | | | | | |
| 05:00 | | | | | |
| 06:00 | | | | | |
| 07:00 | | | | | |
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |

Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 16 of 39

014

Thu 14 Feb – Mon 18 Feb 2013 (Saipan)

| | Thu 14/2 | Fri 15/2 | Sat 16/2 | Sun 17/2 | Mon 18/2 |
|---|---|---|---|---|---|
| 07:00 | | | | | |
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |
| 16:00 | | | | | |
| 17:00 | | | | | |
| 18:00 | | | | | |

015

Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 18 of 39

| | Tue 19/2 | Wed 20/2 | Thu 21/2 | Fri 22/2 | Sat 23/2 |
|---|---|---|---|---|---|
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |
| 16:00 | | | | | |
| 17:00 | | | | | |
| 18:00 | | | | | |
| 19:00 | | | | | |

| | Sun 24/2 | Mon 25/2 | Tue 26/2 | Wed 27/2 | Thu 28/2 |
|---|---|---|---|---|---|
| 04:00 | | | | | |
| 05:00 | | | | | |
| 06:00 | | | | | |
| 07:00 | | | | | |
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |

017

Case 1:13-mc-00061    Document 50    Filed 06/14/16    Page 20 of 39

| | Fri 1/3 | Sat 2/3 | Sun 3/3 | Mon 4/3 | Tue 5/3 |
|---|---|---|---|---|---|
| 04:00 | | | | | |
| 05:00 | | | | | |
| 06:00 | | | | | |
| 07:00 | | | | | |
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |

| | Wed 6/3 | Thu 7/3 | Fri 8/3 | Sat 9/3 | Sun 10/3 |
|---|---|---|---|---|---|
| 04:00 | | | | | |
| 05:00 | | | | | |
| 06:00 | | | | | |
| 07:00 | | | | | |
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |

Case 1:13-mc-00061    Document 50    Filed 06/14/16    Page 21 of 39

| | Mon 11/3 | Tue 12/3 | Wed 13/3 | Thu 14/3 | Fri 15/3 |
|---|---|---|---|---|---|
| 04:00 | | | | | |
| 05:00 | | | | | |
| 06:00 | | | | | |
| 07:00 | | | | | |
| 08:00 | | | | | |
| 09:00 | | | | | |
| 10:00 | | | | | |
| 11:00 | | | | | |
| 12:00 | | | | | |
| 13:00 | | | | | |
| 14:00 | | | | | |
| 15:00 | | | | | |

Sat 16 Mar – Tue 19 Mar 2013 (Saipan)

Tue 19/3

Mon 18/3

Sun 17/3

Sat 16/3

06:00

07:00

08:00

09:00

10:00

11:00

12:00

13:00

14:00

15:00

16:00

17:00

021

Wed 20 Mar – Sat 23 Mar 2013 (Saipan)

Sat 23/3

Fri 22/3

Thu 21/3

Wed 20/3

06:00
07:00
08:00
09:00
10:00
11:00
12:00
13:00
14:00
15:00
16:00
17:00

022

..., Contacts' birthdays and events

| | Sun 24/3 | Mon 25/3 | Tue 26/3 | Wed 27/3 |
|---|---|---|---|---|
| 07:00 | | | | |
| 08:00 | | | | |
| 09:00 | | | | |
| 10:00 | | | | |
| 11:00 | | | | |
| 12:00 | | | | |
| 13:00 | | | | |
| 14:00 | | | | |
| 15:00 | | | | |
| 16:00 | | | | |
| 17:00 | | | | |
| 18:00 | | | | |

Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 25 of 39

Case 1:13-mc-00061   Document 50   Filed 06/14/16   Page 26 of 39

| | Thu 28/3 | Fri 29/3 | Sat 30/3 | Sun 31/3 |
|---|---|---|---|---|
| 07:00 | | | | |
| 08:00 | | | | |
| 09:00 | | | | |
| 10:00 | | | | |
| 11:00 | | | | |
| 12:00 | | | | |
| 13:00 | | | | |
| 14:00 | | | | |
| 15:00 | | | | |
| 16:00 | | | | |
| 17:00 | | | | |
| 18:00 | | | | |

E-FILED
CNMI SUPREME COURT
E-filed: Mar 11 2013 02:23PM
Clerk Review: N/A
Filing ID: 50084646
Case No.: 2013-SLD-0001-ADA
N/A



IN THE
# SUPREME COURT
OF THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## IN RE DISCIPLINARY PROCEEDINGS OF STEPHEN C. WOODRUFF,
Respondent.

## SUPREME COURT NO. 2013-SLD-0001-ADA

### CONTEMPT ORDER

¶ 1  On February 1, 2013, we issued an order temporarily suspending attorney Stephen C. Woodruff ("Woodruff") from practicing law pending the resolution of the disciplinary matters referred to the Superior Court for prosecution. As part of the suspension, we ordered Woodruff to "provide this Court a complete list of his active clients, in chronological order based on nearest deadline, no later than February 6, 2013." *In re Woodruff*, 2013 MP 1 ¶ 1, 25.[1] Failure to timely comply, we warned, would "lead to further sanctions." *Id.* ¶ 25.

¶ 2  When Woodruff missed the first deadline, we issued an order directing Woodruff, under penalty of civil contempt, to provide us a copy of his active client list[2] no later than February 19, 2013. Woodruff missed that deadline too, but filed a motion to set aside our Order on February 22, 2013. Even though his motion came more than two weeks after the original deadline to file his active client list with the Court, Woodruff requested we set aside our February 14 Order because he had not read it until February 21. He also promised to provide supplementary materials and a declaration to buttress his request, but has yet to file them.

¶ 3  We have the inherent authority to compel compliance with court orders through our civil contempt power. Sanctions under that authority should either "coerce compliance with a court order or . . . compensate a complainant for losses sustained." *In re Estate of Malite*, 2010 MP 20 ¶ 57 (quoting

---

[1]  As we explained in a previous order, we ordered Woodruff to turn over his client list, in chronological order based on nearest deadline to aid this and other courts in minimizing the harm to Woodruff's clients that his immediate suspension might produce. As Woodruff's failure to furnish the list, ask for more time, or explain why he refuses to comply demonstrates, we were (and continue to be) concerned Woodruff would not promptly inform the courts or his clients of his suspension.

[2]  By active client list, we mean a list of all clients with active cases where Woodruff has represented a client in a legal capacity. Examples of legal representation include the filing of legal papers and appearances at hearings. We do not seek any material that would require Woodruff to violate his duty of confidentiality or the attorney-client privilege.

*Commonwealth v. Borja*, 3 NMI 156, 165 (1992)). Before imposing a civil contempt sanction that coerces compliance with a court order, however, the contemnor must receive notice and an opportunity to comply. *Borja*, 3 NMI at 165.

¶ 4          We, therefore, again direct Woodruff, under penalty of civil contempt, to fully comply with the requirements set forth in *In re Woodruff*, 2013 MP 1, by Friday, March 15 at 6:00 p.m. If Woodruff fails to provide us his active client list and proof of service that he supplied each of the clients on that active client list with a copy of *In re Woodruff*, 2013 MP 1, by that time, he will automatically be found in contempt of court and sentenced to thirty days in jail, of which twenty-seven days are suspended. The three days shall be served starting on Friday, March 15, at 6:00 p.m through Monday, March 18, at 6:00 p.m.[3] This contempt order will dissolve as soon as Woodruff fully complies with our order in *In re Woodruff*, 2013 MP 1.

          SO ORDERED this 11th day of March 2013.


          _____/s/_____
          ALEXANDRO C. CASTRO
          Chief Justice


          _____/s/_____
          JOHN A. MANGLONA
          Associate Justice


          _____/s/_____
          ROBERT C. NARAJA
          Justice Pro Tem


---

[3]          Because Woodruff has represented criminal defendants who are currently serving sentences at the Department of Corrections, we recommend that he remain in protective custody during his sentence.

026



IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

IN RE DISCIPLINARY PROCEEDINGS OF STEPHEN C. WOODRUFF,

Respondent

Supreme Court No. 2013-SCC-0001-ADA

SUBMISSION OF ACTIVE CLIENT LIST

Respondent hereby submits *in camera* his active client list as required

by *In re Woodruff*, 2013 MP 1, and subsequent orders.

Submission *ex parte* and *in camera* is necessary because of concerns

about client confidentiality rights and the potential for abuse of this

information. The Chairman of the Disciplinary Committee has already

demonstrated repeatedly his readiness to abuse the authority and access he

has. Others could also invade my clients rights and otherwise abuse the

information

027

Respondent respectfully requests that the Court maintain the list in the sealed envelope, unopened, until the Court is fully apprised and the aforementioned concerns are addressed.

Dated this 15th day of March, 2013.

Respectfully submitted,

STEPHEN C. WOODRUFF   F0190
Respondent

2

028

E-FILED
CNMI SUPREME COURT
E-filed: Mar 15 2013 05:26PM
Clerk Review: Mar 18 2013 08:22AM
Filing ID: 51151917
Case No.: 2013-SLD-0001-ADA
Deanna M Manglona

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**



IN RE DISCIPLINARY PROCEEDINGS OF STEPHEN C. WOODRUFF,

Respondent

Supreme Court No. 2013-SLD-0001-ADA

## NOTICE OF SUBMISSION OF ACTIVE CLIENT LIST

NOTICE IS HEREBY GIVEN that the undersigned is submitting, forthwith, *in camera* his active client list as required by *In re Woodruff*, 2013 MP 1, and subsequent orders.

Respondent believes *in camera* submission is necessary because of concerns about client confidentiality rights and the potential for abuse. The active client listing is being submitted in a sealed envelope, and undersigned counsel for the clients on that list respectfully requests that the Court maintain the list in the sealed envelope, unopened, until the Court is fully apprised and the aforementioned concerns are addressed.

029

The active client list contains information on 95 clients with open matters as of February 6, 2013. It is a mostly, if not entirely, complete listing of my active clients. This listing had to be generated specifically to comply with the Court's order, as my office does not maintain client records in the format directed. The information supplied is current as of February 6, 2013. Some client matters have been closed since then. Some on the list are no longer clients, and some clients have been transferred to other attorneys. A substantial majority of client matters do not have due dates, as the matters await further action by third parties, client decisions, or future need for consultation or assistance. Most clients on the list involve representations under Federal jurisdiction. See 28 U.S.C. § 2071 (2000); 28 U.S.C. § 1654 (2000); Fed. R. Civ. P. 83; 8 C.F.R. § Part 1292; 8 C.F.R. §1003.101; Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991); In re Snyder, 472 U.S. 634, 643 (1985); In the Matter of Ruffalo, 390 U.S. 544, 547 (1968); Sperry v. State of Florida, 373 U.S. 379 (1963); Theard v. United States, 354 U.S. 278, 281 (1957); Selling v. Radford, 243 U.S. 46, 49 (1917); see also In re Poole, 222 F.3d 618 (9th Cir. 2000); In re Desilets, 291 F.3d 925 (6th Cir. 2002); In the Matter of Abrams, 521 F.2d 1094, 1099 (3d Cir. 1975); In re Mitchell, 901 F.2d 1179, 1183 (3d Cir. 1990); Grievance Committee for the Southern District of New York v. Simels, 48 F.3d 640, 645 (2d Cir. 1995).

2

Dated this 15th day of March, 2013.

Respectfully submitted,

/s/_____

STEPHEN C. WOODRUFF    F0190

Respondent

3

031



E-FILED
CNMI SUPREME COURT
E-filed: Mar 15 2013 05:53PM
Clerk Review: Mar 18 2013 08:22AM
Filing ID: 51151919
Case No.: 2013-SLD-0001-ADA
Deanna M Manglona

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

IN RE DISCIPLINARY PROCEEDINGS OF STEPHEN C. WOODRUFF,

Respondent

Supreme Court No. 2013-SLD-0001-ADA

PROOF OF SERVICE

I, Stephen C. Woodruff, hereby certify that pursuant to the order of the Court in *In re Woodruff*, 2013 MP 1, over forty (40) clients of mine have been personally served with copies of that opinion and order. Other clients have been served copies by email. Some clients who were notified by telephone and asked to come into the office and get a copy of the decision have not yet done so. Some clients are off island and cannot readily be served.

Additionally, this Court released the opinion publicly and published it on the Law Revision Commission website. The Commonwealth Judiciary further issued a press release to the local media. As a result, the Court's

032

action was reported in the local papers – both the *Saipan Tribune* and the *Marianas Variety* – and reported on cable television. True copies of the news articles published from the Court's press release are attached hereto. With the publicity given the decision, it is inconceivable that any of my clients would not know of the Court's action.

Nevertheless, I regard provision of copies of the decision to every client to be a continuing duty, and my office staff and I are continuing our diligent efforts to ensure that each and every client gets a copy. Copies are maintained in a prominent place in my front office, available to any person who wants one, client and general public alike. Every reasonable and practicable effort has been taken, and continues to be taken, to fully accomplish the service requirement of the Court's February 1, 2013 order.

Dated this 15th day of March, 2013.

/s/_____

STEPHEN C. WOODRUFF    F0190
Respondent

2

leon Guerrero, who announced the award, described Sablan as one of the most accomplished scholars of her generation.

Sablan graduated from MCS in 1999 as class valedictorian, earning both the CNMI's full honors scholarship and the Presidential Academic Merit Award and inclusion in the 2003 edition of "Who's Who Among Students in American Universities and Colleges," and graduated summa cum laude with a bachelor's degree in Conservation Science in the same year.

dents with disabilities as well as low-income, minority, and first-generation college students while still in college. She also continued this teaching track in 2005 when she taught middle school science at Whispering Palms School.

# High Court suspends Woodruff

Last Friday the Supreme Court granted the Commonwealth Bar Disciplinary Committee's petition to temporarily suspend attorney Stephen C. Woodruff from the practice of law. The temporary suspension went into effect Feb. 1, 2013.

In its opinion, the High Court found sufficient evidence to warrant suspending Woodruff pending a full investigation



Woodruff

and hearing by the Superior Court. The suspension bars Woodruff from advising clients, appearing in court, and drafting legal documents. It will last until the Superior Court re-

solves nearly a dozen disciplinary matters against Woodruff.

The High Court also ordered Woodruff to provide his current clients a copy of the court's opinion suspending him no later than Feb. 19, 2013.

The Supreme Court's full opinion is *In re Woodruff*, 2013 MP 1, and can be found at http://www.cnmilaw.org/supreme_13.htm. *(NMI Judiciary)*

**PHI** *Pharmacy*

**Diabetes Shoppe**
*Your Partner in Diabetes Care*

**Good Neighbor Pharmacy**

**Grow your busine**
with our Business FirstLine℠ of cred

**Business FirstLine℠ of Credit**

**3.99%APR***

*Fixed for 12 months • Annual fee waived for the first year*

GET CASH WHEN YOU NEED IT • INCREASE WORKING CAPIT
NO INTEREST CHARGE UNTIL YOU ACCESS YOUR LINE

With our Business FirstLine, it's as simple as writing a check.

APPLY TODAY Visit fhb.com, any branch or call 1-800-403-7167

Case 1:13-mc-00061  Document 50  Filed 06/14/16  Page 36 of 39

034

ed    fort between FSM Chief Justice    especially Krysue Praeston.

# Supreme Court issues temporary suspension of attorney Woodruff

(CNMI Judiciary) — Last Friday the Supreme Court granted the Commonwealth Bar Disciplinary Committee's petition to temporarily suspend attorney Stephen C. Woodruff from the practice of law. The temporary suspension went into effect February 1, 2013.

In its opinion, the court found sufficient evidence to warrant suspending Woodruff pending a full investigation and hearing by the Superior Court. The suspension bars Woodruff from advising cli-

ents, appearing in court, or drafting legal documents. It will last until the Superior Court resolves nearly a dozen disciplinary matters against Woodruff.

In addition to suspending Woodruff, the court also ordered him to provide his current clients a copy of the court's opinion suspending him no later than February 19, 2013.

The Supreme Court's full opinion is In re Woodruff, 2013 MP 1, and can be found at http://www.cnmilaw.org/supreme_13.htm



**COMMONWEALTH DEVELOPMENT AUTHORITY**
P.O. BOX 502149, Saipan MP 96950
Tel: (670) 234-6245/8293/7145/7146 ~ Fax: (670) 235-7147
Email: administration@cda.gov.mp • Website: www.cda.gov.mp

## PUBLIC NOTICE
### February 1, 2013

PURSUANT TO PUBLIC LAW 8-41, THE BOARD OF DIRECTORS OF THE COMMONWEALTH DEVELOPMENT AUTHORITY (CDA) THRU ITS CHAIRMAN, HEREBY INFORMS THE GENERAL PUBLIC THAT THE CDA BOARD OF DIRECTORS WILL HOLD A REGULAR MEETING ON WEDNESDAY, FEBRUARY 6, 2013 AT 9:00 A.M. THE MEETING WILL BE HELD AT THE CDA CONFERENCE ROOM, SECOND FLOOR, WAKIN'S BUILDING, PALE ARNOLD ROAD, SAIPAN. THE AGENDA FOR THIS MEETING IS AS FOLLOWS:

### AGENDA:

I. PRELIMINARY MATTERS
   1. Roll Call
   2. Election of Officers
   3. Adoption of Agenda
   4. Adoption of Minutes - November 28, 2012
II. PUBLIC COMMENTS
III. REPORTS
   1. Executive Director's Report
   2. Comptroller's Report
   3. Legal Counsel's Report
IV. OLD BUSINESS
   1. CDA By-laws
V. NEW BUSINESS
   1. Application for Qualifying Certificate (QC) - Saipan Surfrider, LLC
   2. Other QC Matters
   3. Loan Matters
VI. OTHER MATTERS
VII. ADJOURNMENT

All interested persons are welcome to attend and to submit written or oral testimony on the above agenda items. *(Note: Pursuant to Public Law 8-41, Section 13(a)(7) and Section 13(c), the Board may vote to meet in executive session)*

/s/ PEDRO I. ITIBUS
   Chairman, CDA Board of Directors

*Marianas Variety, Feb. 5, 2013, p. 4*

E-FILED
CNMI SUPREME COURT
E-filed: Mar 15 2013 06:22PM
Clerk Review: Mar 18 2013 08:21AM
Filing ID: 51151922
Case No.: 2013-SLD-0001-ADA
Deanna M Manglona



IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

IN RE DISCIPLINARY PROCEEDINGS OF STEPHEN C. WOODRUFF,

Respondent

---

Supreme Court No. 2013-SLD-0001-ADA

---

## MOTION FOR AN ORDER
## CONFIRMING DISSOLUTION OF CONTEMPT ORDER

Respondent has submitted his active client listing and filed proof of service of the Court's opinion on his clients. Respondent therefore believes the Court's Contempt Order of March 11, 2013, is now dissolved by its terms. Accordingly, Respondent respectfully requests that this Court enter an order confirming dissolution of the contempt order.

If the Court deems Respondent's compliance deficient in any material respect, then Respondent respectfully moves this Court for an order modifying the March 11, 2013 Contempt Order to provide additional time to comply and correspondingly deferring the reporting date.

036

Dated this 15th day of March, 2013.

Respectfully submitted,

/s/ _____

STEPHEN C. WOODRUFF    F0190
Respondent

037