F I L E D
Clerk
District Court

JUN 15 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS
### SEALED CASE

1:13-mc-00061

June 15, 2016
3:40 p.m.

**IN RE:  DISCIPLINARY ACTION OF STEPHEN C. WOODRUFF**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE  PRESIDING
HON. ROBERT C. NARAJA, DESIGNATED JUDGE
HON. TERESA KIM-TENORIO, DESIGNATED JUDGE
PATRICIA GARSHAK, COURT REPORTER
TINA MATSUNAGA, COURTROOM DEPUTY
REXFORD KOSACK, PROSECUTING COUNSEL
STEPHEN C. WOODRUFF, RESPONDENT

PROCEEDINGS:    HEARING ON ARGUMENTS FOR SANCTIONS

Rexford Kosack, Disciplinary Prosecuting Counsel, was present in court. Respondent Stephen Woodruff appeared pro se.

Court stated that it had received all the briefs, including the 31 exhibits.  Attorney Woodruff stated his concerns regarding what will go in for the Panel's consideration.  The Panel heard from both counsel regarding the self-recusal issue as to Chief Judge Manglona and Designated Judge Naraja.  Respondent Woodruff, after hearing from the Court stated that he no longer had concerns about recusal.

Respondent was given the opportunity to address any particular cases that the panel feels it would consider.

At 3:45 p.m., Attorney Kosack played back testimony of Mr. Subbaiah and argued in support of Mr. Subbaiah's claims to the panel.  At 4:10 p.m., Respondent Woodruff argued in response and concluded his arguments by recommending the Panel impose a term of probation, so he may continue to practice in this court.  At 4:56, Attorney Kosack argued in reply.  At 5:07 p.m., Respondent Woodruff argued in response and concluded at 5:10 p.m.

Court, having heard all arguments, stated that the Panel will take the matter under advisement and that it will issue its findings of fact and conclusions of law.

Respondent Woodruff apologized to the Panel and requested to be able to continue to practice.

Adjourned at 5:15 p.m.

/s/ Tina Matsunaga, Courtroom Deputy

_____

### CERTIFICATE OF OFFICIAL COURT RECORDER

I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on June 15, 2016. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case.  I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

_____