Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP  96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **IN RE STEPHEN C. WOODRUFF,** | ) | **Case No. 1:13-MC-00004** |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Case No. 1:13-MC-00061** |
| **IN RE STEPHEN C. WOODRUFF,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |

## DECLARATION OF STEPHEN C. WOODRUFF

I, Stephen C. Woodruff, declare under penalty of perjury under the laws of the United States of America, as follows:

1.    I am the Respondent in the above-captioned disciplinary cases.

2.    I am making this declaration in support of my petition for reinstatement to practice before this Honorable Court.

3.    All of the statements of fact in my Petition for Reinstatement filed with this Court of even date are true to the best of my knowledge and belief.

4.    I took the Multistate Professional Responsibility Examination (MPRE) on August 10, 2019 and obtained a score of 92.  A true copy of my MPRE score report is attached to the petition as Exhibit "1".

-1-

5.      Following a period of probation, I was restored to unrestricted practice of law in the United States Court of Appeals for the Ninth Circuit on November 12, 2020.  A true copy of the Order of the Appellate Commissioner restoring me to unrestricted practice and authorizing the Clerk to issue a Certificate of Good Standing is attached to the petition as Exhibit "2".

6.      Three declarations of legal colleagues were submitted to the Ninth Circuit Court of Appeals in my support in the reciprocal discipline case against me there.  Those declarations are attached to the petition here as Exhibits "3", "4" and "5".  Exhibit "3" is a true copy of the Declaration of Margery S. Bronster (March 22, 2017).  Exhibit "4" is a true copy of the Declaration of Robert M. Hatch (March 22, 2017).  Exhibit "5" is a true copy of the Declaration of Joseph E. Horey (March 26, 2017).

I, Stephen C. Woodruff, declare under penalty of perjury under the laws of the United States of America, that this declaration is true and correct and based on my personal knowledge.

Executed this 16th day of November, 2020, on the island of Saipan, Commonwealth of the Northern Mariana Islands, USA.

STEPHEN C. WOODRUFF
Respondent

-2-