IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

**Miscellaneous Minutes**

F I L E D
Clerk
District Court

DEC 21 2020

for the Northern Mariana Islands
By_____
(Deputy Clerk)

1:13-mc-00004/1:13-mc-00061

Date:        December 21, 2020

Start Time: 1:35 pm    End Time: 3:05 pm

IN RE:    STEPHEN C. WOODRUFF

PRESENT:    HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
            HEIDI DOOGAN, COURT REPORTER
            JENNY CHHEA, LAW CLERK
            DANIEL BROWN, DEPUTY CLERK
            STEPHEN WOODRUFF, RESPONDENT

PROCEEDING:    PETITION FOR REINSTATEMENT TO PRACTICE

Respondent Stephen Woodruff argued his petition for reinstatement. Court addressed concerns in his petition. Court recessed at 2:10 pm and reconvened at 2:40pm. Court ordered Mr. Woodruff to complete his petition for reinstatement to the CNMI bar by **January 21, 2021**. A status report is due on **February 8, 2021.** Court continued the hearing on Respondent's petition to **February 22, 2021 at 1:30pm.**

Next hearing date: 02/22/2021 at 1:30PM