Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IN RE STEPHEN C. WOODRUFF,** ) | **Case No. 1:13-MC-00004** |
| ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ———————————————— ) | **Case No. 1:13-MC-00061** |
| **IN RE STEPHEN C. WOODRUFF,** ) | |
| ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| ) | |

## STATUS REPORT

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, pursuant to the Court's guidance at the December 21, 2021 hearing on his petition for restatement to practice before this Honorable Court, with the following status report on his petition for reinstatement to practice before the courts of the Commonwealth of the Northern Mariana Islands.

Petitioner filed his petition to the Supreme Court of the Commonwealth of the Northern Mariana Islands on January 21, 2021. A true copy of the petition as filed with the Commonwealth Supreme Court is annexed to this status report. The petition is pending before that court.

-1-

Petitioner's application to the National Conference of Bar Examiners (NCBE) for character and fitness review was finalized on January 17, 2021.  The NCBE began processing the application on January 25, 2021.

As previously noted, petitioner has a motion pending before the Supreme Court of Hawai'i asking that it vacate the reciprocal disbarment ordered by that court.  Hawai'i Disciplinary Counsel's response to that motion is due on February 13, 2021.

There are no other pertinent developments to report.


Dated this 8th day of February 2021.


Respectfully submitted,


/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent