Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP  96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

IN RE STEPHEN C. WOODRUFF,            )          **Case No. 1:13-MC-00004**
                                      )
                                      )
            **Respondent.**           )
                                      )
                                      )
                                      )
_____     )
                                      )          **Case No. 1:13-MC-00061**
IN RE STEPHEN C. WOODRUFF,            )
                                      )
                                      )
            **Respondent.**           )
                                      )
_____     )

## SUPPLEMENTAL STATUS REPORT

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, and makes the following supplemental status report to update this Honorable Court regarding his pending request before the Supreme Court of Hawai'i to have his reciprocal disbarment by that court set aside.

As previously noted, petitioner has a motion pending before the Supreme Court of Hawai'i asking that it vacate the reciprocal disbarment ordered by that court.  Hawai'i Disciplinary Counsel has now responded to that motion in accordance with an order of the Hawai'i Supreme Court.

A true copy of the response of Hawai'i Disciplinary Counsel is annexed hereto.

-1-

-2-

Dated this 19th day of February 2021.

Respectfully submitted,


/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent