Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.: +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00004** |
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00061** |

**SECOND SUPPLEMENTAL STATUS REPORT**

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, with the following second supplemental status report to update this Honorable Court with the following additional evidence in support of his petition for reinstatement to practice.

On February 19, 2021, the Ninth Circuit Court of Appeals in *Gu v. Wilkinson*, No. 13-72936, granted rehearing for Respondent-Petitioner's client Liqiang Gu and remanded to the Board of Immigration Appeals. Respondent-Petitioner believes this is relevant because it is indicative of the quality of work Respondent-Petitioner presently is doing for his clients. Additionally, it further demonstrates the need for the unique services Respondent-Petitioner is willing and able to supply to his clients and the contribution those skills and commitment can make to the administration of justice if he is reinstated to practice.

A true copy of the Ninth Circuit Order is annexed hereto.

Dated this 21st day of February 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent