FILED
Clerk
District Court

FEB 22 2021

for the Northern Mariana Islands
By_______________
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

**Miscellaneous Minutes**

1: 13-mc- 00061

Date: February 22, 2021

Start Time: 1:40 pm End Time: 3:05 pm

IN RE: STEPHEN C. WOODRUFF

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
HEIDI DOOGAN, COURT REPORTER
JENNY CHHEA, LAW CLERK
FRANCINE ATALIG, COURTROOM DEPUTY
STEPHEN WOODRUFF, RESPONDENT
---END OF PARTICIPANTS---

PROCEEDING: PETITION FOR REINSTATEMENT TO PRACTICE

Court addressed the Petition for Reinstatement to Practice, ECF NO [56]. Mr. Woodruff made arguments on his behalf. Court had questions and Mr. Woodruff responded.

Court continued the matter to 5/19/2021 at 9:00 a.m.

Mr. Woodruff apprised the Court that he consents to present the investigation and reinstatement process from the Hawaii and CNMI investigation to assist the Court with its decision.

Court withheld its ruling to allow Mr. Woodruff to supplement his petition and apprised Mr. Woodruff that monthly reports are to be filed no later than 3/19/2021, 4/19/2021, and 5/19/2021.

Court apprised Mr. Woodruff that if he wanted to bring the matter up sooner, to petition the Court for an earlier hearing date.

Next hearing date: Petition for Reinstatement on 5/19/2021 at 9:00 a.m.