Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP  96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IN RE STEPHEN C. WOODRUFF,** ) | **Case No. 1:13-MC-00004** |
| ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | **Case No. 1:13-MC-00061** |
| ) | |
| **IN RE STEPHEN C. WOODRUFF,** ) | |
| ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| _____ ) | |

## STATUS REPORT

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, pursuant to the Court's direction at the February 22, 2021 continued hearing on his petition for restatement to practice before this Honorable Court, with the following status report on the progress of his efforts to be reinstated to practice before other courts.

On March 15, 2015, petitioner filed additional witness statements and declarations with the Supreme Court of the Commonwealth of the Northern Mariana Islands in support of his reinstatement.  Specifically, the following were filed:

       A.  Statement of Gary Ramsey, MD.

       B.  Declaration of James S. Sirok, Esq.

       C.  Statement of Juan R. Castro

-1-

D.  Statement of Ana S. Teregeyo

E.  Declaration of Michael N. Evangelista, Esq.

F.  Declaration of Joseph E. Horey, Esq. (March 14, 2021)

True copies of these documents as filed with the Commonwealth Supreme Court are annexed to this status report.

On March 17, 2021 the Commonwealth Supreme Court appointed a special master to consider the evidence with respect to the petition for reinstatement.  A true copy of the Order Appointing Special Master is annexed to this status report.

Petitioner's character and fitness review by the National Conference of Bar Examiners (NCBE) is ongoing.

On February 22, 2021, the Supreme Court of Hawai'i modified the discipline imposed on petitioner to a one-year suspension running from November 10, 2016.  Accordingly, petitioner is now eligible for reinstatement in Hawai'i and will soon apply.  A true copy of the Order is annexed to this status report.

There are no other pertinent developments to report.

Dated this 19th day of March 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent-Petitioner

-2-