**E-FILED**
**CNMI SUPREME COURT**
E-filed: Mar 15 2021 08:20PM
Clerk Review: Mar 16 2021 08:47AM
Filing ID: 66420903
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

IN THE MATTER OF STEPHEN C. WOODRUFF,

Petitioner

---

Supreme Court No. 2021-SCC-0001-PET

---

**STATEMENT OF GARY RAMSEY, MD**

Pacific Fertility Institute

March 8, 2021

Supreme Court of the Commonwealth of the Northern Mariana Islands
Guma Hustisia, Beach Road
Saipan, MP 96950

To the Honorable Justices of the Supreme Court:

I am writing in support of Stephen C. Woodruff's reinstatement to the practice of law in the CNMI courts.

I realize there is some irony in a physician supporting a lawyer in court. However, I take this opportunity seriously because Mr. Woodruff has those virtues that we want all lawyers to possess: Honesty, Integrity, Generosity, and Compassion.

Stephen has guided me personally and professionally for nearly a decade. He is knowledgeable and passionate about the law. When he believes his argument is just, he will spend much of his personal time to make the best case. Remuneration is not the motivation; it's almost an afterthought. I have never had to worry that his actions were out of self-interest.

Stephen can identify with the hardships of others, especially those who have been harmed by unjust laws or who are treated unfairly by a system ruled by powerful actors. He will take up their cause as if it's his own...and in some ways I believe it is.

In all the years Stephen has worked with me, he never dropped the ball on any of the multiple filings and appearances that have been required, from the CNMI Health Professions Licensing Board to the US Supreme Court.

From what I have witnessed Stephen has a moderate temperament. He has handled his longstanding legal travails, not with bitterness or anger, but with equanimity -- an important measure of character.

Sincerely,

Gary Ramsey, MD

Pacific Fertility Institute
Suite #302, 3rd Floor Marina Heights Business Park, Bld. #1
PMB 416, PPP Box 10,000
Saipan, MP 96950
Phone: 670-322-0419 Email: gramsey1550@gmail.com