E-FILED
CNMI SUPREME COURT
E-filed: Mar 15 2021 08:20PM
Clerk Review: Mar 16 2021 08:47AM
Filing ID: 66420903
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

IN THE MATTER OF STEPHEN C. WOODRUFF,

Petitioner

Supreme Court No. 2021-SCC-0001-PET

DECLARATION OF JAMES S. SIROK

I, James S. Sirok, declare and state, under penalty of perjury, as follows:

1. I am an attorney admitted to practice before this Court.

2. I make this declaration on personal knowledge in support of the petition of Stephen C. Woodruff for reinstatement to the practice of law before the courts of the Commonwealth of the Northern Mariana Islands.

3. I have lived on Saipan for over 41 years. I have known Mr. Woodruff for over 25 of those years. I first became acquainted with him when he worked with the CNMI legislature.

4. Based on my current knowledge of the mental attitude and professional qualities of Mr. Woodruff, I feel that he is a highly skilled and competent lawyer, with a deep commitment to the practice of law. As a result of his past difficulties the Courts, and because ethical charges brought against him and the sanctions imposed upon him therefor, I feel that he now takes the duties of zealous representation, loyalty, confidentiality, and access to justice very seriously.

5. In the field of immigration law, Mr. Woodruff has as much, if not more, knowledge and expertise than most of the attorneys practicing in the CNMI. As a result, at times

when I have encountered an immigration issue that I have questions about, as part of my research I consult with Mr. Woodruff about the issue. In the instances I have done so, I have found that he provided sound and helpful advice and has never failed to point me in the right direction.

6. In my view Mr. Woodruff's dedication to the interests and welfare of the people of the Commonwealth, and his respect for the indigenous people, is commendable. If he is allowed to practice law before the Courts of the CNMI, I feel that this dedication will shadow his professional representation of his clients.

7. Over the last few years, he has also demonstrated himself to be an individual of considerable personal integrity and trustworthiness. He has the humility and candor to admit his weaknesses, mistakes, and shortcomings, and to seek to set things right if an error has been made by him. He is a person who, in my observation, is constantly seeking to improve himself. I believe this is particularly true with respect to the professional management deficiencies that led to his discipline.

8. I have full confidence that if reinstated to legal practice, Mr. Woodruff will act professionally, abide by the ethical rules required of him, and manage his practice with diligence and competence, free of the problems that led to his disbarment.

I, James S. Sirok, declare and state under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands that the statements contained herein are true and correct to the best of my knowledge and belief.

Executed this 14th day of March, 2021, at Wildwood, Florida.

JAMES S. SIROK, ESQ.