E-FILED
CNMI SUPREME COURT
E-filed: Mar 15 2021 08:20PM
Clerk Review: Mar 16 2021 08:47AM
Filing ID: 66420903
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

IN THE MATTER OF STEPHEN C. WOODRUFF,

Petitioner

---

Supreme Court No. 2021-SCC-0001-PET

---

**STATEMENT OF JUAN R. CASTRO**

**JUAN R. CASTRO**
P. O. Box 501002
Saipan, MP 96950
Tel.: (670) 789-8087
Email: si1kan14@gmail.com

March 15, 2021

CNMI Supreme Court
Guma Hustisia, Beach Road
Saipan, MP 96950

To the Honorable Justices of the Supreme Court:

I am writing this letter on behalf of Mr. Stephen Woodruff regarding his petition for reinstatement to practice to the CNMI Supreme Court.

I have known Steve for over ten years now as a friend and became close almost like family. He volunteered his time to help organize the Northern Marianas Descent Council when others wouldn't. He did not hesitate when I asked. His commitment to friendship and his character as a person is beyond reproach. Thus, on his behalf I support his request for reinstatement to practice in the CNMI.

I believe in second chances.

Respectfully,

Juan R. Castro