E-FILED
CNMI SUPREME COURT
E-filed: Mar 15 2021 08:20PM
Clerk Review: Mar 16 2021 08:47AM
Filing ID: 66420903
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

IN THE MATTER OF STEPHEN C. WOODRUFF,

Petitioner

---

Supreme Court No. 2021-SCC-0001-PET

---

**STATEMENT OF ANA S. TEREGEYO**

*Ana S. Teregeyo*
P. O. Box 5051 CHRB
Saipan, MP 96950
Tel.: (670) 287-5658
Email: anasteregeyo@gmail.com

March 15, 2021

CNMI Supreme Court
Guma Hustisia, Beach Road
Saipan, MP 96950

To the Honorable Justices of the Supreme Court:

I wish to vouch for Stephen C. Woodruff (Steve) in his request for reinstatement of his law license. I know nothing of the matters that led to his disbarment. I do know him as a person and a professional, however.

I have known Steve and of him for nearly two decades, beginning with my service with the CNMI House of Representatives when he was Senate counsel. As Senate Legal Counsel, he was always very competent and professional in his work to support the Senate legislative agenda.

After 2000, when I left the legislature, I had little contact with Steve until John Castro and I were working to establish the Northern Marianas Descent Council in early 2019. When John approached him, Steve agreed to help, not as a lawyer but as a person familiar with nonprofit corporations, organizing and negotiating, and drafting documents.

Steve sacrificed a great deal of his time, attending our meetings, listening to our discussions, and helping us explore our options and get things down on paper. His assistance was invaluable and extended freely without cost or expectation of personal gain.

During this time John and I were acutely aware that our nonprofit corporation would need an attorney. We especially hoped to be able to get the services of an NMD attorney and approached all of them. All expressed reluctance, at best. Generally all the attorneys we contacted suggested they would be unable to represent us on account of conflicts, caseload, or other priorities. In contrast, based on his volunteer assistance to us, we are sure that Steve, despite not being a NMD, would be willing to take up our cause if he had his CNMI law license back. That is the kind of person and lawyer he is.

Additionally, Steve is familiar with my case against the Commonwealth Health Center because it is similar to the problems his client, Dr. Gary Ramsey, had with the administration of CHC. My doctor was prevented from giving me continuity of care because CHC deprived him of hospital privileges. The result was grave injuries to me that thankfully my original doctor was able to correct at an off-island institution, but only after considerable suffering and inability to work for me.

I tried so hard to get a lawyer to handle my lawsuit against CHC and CHC personnel. None were willing to take my case because of the difficulty of collecting damages from

the CNMI government and potential for negative political repercussions or even retaliation. I was forced to proceed pro se and, because of my lack of knowledge of legal process and procedure, suffered dismissal of my claims twice even though I tried to follow what the Superior Court and the Assistant Attorney General seemed to be telling me.

I tried to appeal my case to this Supreme Court but ran into procedural problems here as well. I showed my papers to Steve, and he was kind enough to explain the court rules to me, although he made clear that he could not advise or represent me because of his disbarment. He pointed me in the right direction, and I was able to make some progress. Ultimately I gave up my appeal because it was so hard to keep track of what I should be doing and because of my lack of any legal skills or representation to present my case to the court.

I just decided that doing it on my own took too much. I am focusing on furthering my education. I just wish that Steve had his license when I was trying to pursue my appeal, because I know he would have accepted my case and helped me to achieve at least a real chance at justice.

Right now, I am extremely preoccupied with my school work, but I hope this is helpful to the Court in considering Mr. Woodruff's application for reinstatement.

Sincerely,

Ana S. Teregeyo