E-FILED
CNMI SUPREME COURT
E-filed: Mar 15 2021 08:20PM
Clerk Review: Mar 16 2021 08:47AM
Filing ID: 66420903
Case No.: 2021-SCC-0001-PET
Nora V Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

**IN RE THE PETITION FOR REINSTATEMENT TO PRACTICE LAW FOR STEPHEN C. WOODRUFF,**

Petitioner

---

**Supreme Court No. 2021-SCC-0001-PET**

---

## DECLARATION OF MICHAEL N. EVANGELISTA

I, Michael N. Evangelista, hereby declare and state, under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands, that the following statements are true and correct:

1. I am an attorney-at-law duly licensed to practice in the Commonwealth of the Northern Mariana Islands.

2. I make this declaration on personal knowledge, in support of Stephen C. Woodruff's Petition for Reinstatement to Practice Law in the CNMI.

3. I have known Mr. Woodruff for some 25 years now, both at a personal and professional level. I first came to know Mr. Woodruff when I started my first job upon returning from college. I was a Senate Legislative Assistant at the CNMI Legislature, and Mr. Woodruff was the Senate Legal Counsel at the time.

4. As co-workers at the Legislature, I found Mr. Woodruff to be very generous with his time and knowledge. He always made time whenever someone needed his help, even when sought out at a moment's notice. In short, his willingness and eagerness to help others was to-a-fault. He had a difficult time turning people away who needed his help, even when he too was pressed up for time on deadlines.

5. Since becoming an attorney myself, I have had numerous occasions to work with and collaborate with Mr. Woodruff. Just as he was during our time at the Legislature, he is always very helpful. He is meticulous, smart, and creative in his legal thinking and approach.

6. I know Mr. Woodruff to be an attorney who did not shy away from taking on cases from the less fortunate members in our community or pursuing unpopular causes that deserve their day in court.

7. I believe that Mr. Woodruff's recent disciplinary problems were a direct result of his genuine passion to help others coupled with the inability to turn away people that sought his legal help, especially those of meager means.

8. For as long as I have known Mr. Woodruff, I have never witnessed him behave unethically nor has he ever given me any reason to believe him to be an unethical person.

9. I am certain that the challenges and experiences that Mr. Woodruff has been through the past few years are some of the worst in his professional career and, if reinstated, would not want to repeat nor put his family through ever again.

10. I am confident that, if reinstated, Mr. Woodruff would contribute positively to our community through his creative legal talents.

11. For the foregoing reasons, I humbly urge this Court to reinstate Mr. Woodruff to the practice of law in the CNMI.

Executed this 15th day of March, 2021.

MICHAEL N. EVANGELISTA, ESQ