E-FILED
CNMI SUPREME COURT
E-filed: Mar 17 2021 08:40PM
Clerk Review: Mar 17 2021 08:40PM
Filing ID: 66428758
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

**IN RE THE PETITION FOR REINSTATEMENT TO PRACTICE LAW FOR STEPHEN C. WOODRUFF,**

Petitioner.

---

**SUPREME COURT NO. 2021-SCC-0001-PET**

---

## ORDER APPOINTING SPECIAL MASTER

¶ 1 In 2013, Petitioner Stephen C. Woodruff ("Woodruff") was disbarred from the practice of law. Woodruff filed a petition for reinstatement five years later pursuant to Rule 19 of the NMI Rules of Attorney Discipline and Procedure.

¶ 2 The Court pursuant to Rule 48 of the NMI Supreme Court Rules hereby appoints Associate Judge Wesley M. Bogdan as Special Master to determine the following:

A. Whether Woodruff recognizes the wrongfulness and seriousness of the conduct for which he was disbarred;
B. Whether, notwithstanding the conduct for which he was disciplined, Woodruff has the requisite honesty and integrity to practice law.
C. Whether Woodruff has engaged in the unauthorized practice of law during the period of his suspension.

¶ 3 Within 90 days of this order, the Special Master shall file a written report of his findings of facts and conclusions of law with the Clerk of the Supreme Court, a copy thereof to be served on Woodruff. Judge Bogdan is qualified to serve as the Special Master in this matter.

¶ 4 The Special Master shall proceed with all reasonable diligence to perform his duties. He shall have the authority to take appropriate measures to perform his duties fairly and efficiently, and regulate all proceedings before him. The Special Master may communicate ex parte with the Court. When practicable,

he will give Woodruff advance notice of such communications. If advance notice is not practicable, the Special Master will inform Woodruff that an ex parte communication has occurred.

¶ 5 The Court will decide de novo objections to findings of fact or conclusions of law made or recommended by the Special Master. The Court will modify or set aside the Special Master's decisions with respect to procedural matters only for abuse of discretion. The Special Master shall enjoy the same protections from being compelled to give testimony and from liability for damages as those enjoyed by judicial officers. He will preserve records relating to his work as Special Master until relieved of this obligation by order of the Court.

¶ 6 The Special Master's term of service will end when his duties are completed or the Court terminates the appointment. Any objection to this appointment shall be filed with the Court within ten business days. A Rule 19(d) hearing shall be set at a later date.

SO ORDERED this 17th day of March, 2021.

/s/
ALEXANDRO C. CASTRO
Chief Justice

/s/
JOHN A. MANGLONA
Associate Justice

/s/
PERRY B. INOS
Associate Justice