Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.: +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00004** |
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00061** |

**STATUS REPORT**

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, pursuant to the Court's direction at the February 22, 2021 continued hearing on his petition for restatement to practice before this Honorable Court, with the following status report on the progress of his efforts to be reinstated to practice before other courts.

On March 23, 2021, Superior Court Associate Judge Wesley M. Bogdan recused himself as special master in Respondent-Petitioner's CNMI reinstatement proceeding. A true copy of the Notice of Self-Recusal is annexed to this status report.

The Commonwealth Supreme Court thereafter on March 30, 2021 appointed Superior Court Associate Judge Kenneth L. Govendo to serve as special master. Judge Govendo recused

himself on April 6, 2021. A true copy of Judge Govendo's recusal notice is annexed to this status report.

Thereafter, on April 8, 2021, the Commonwealth Supreme Court appointed Superior Court Judge Teresa Kim-Tenorio to serve as special master. Judge Kim-Tenorio recused herself on April 9, 2021. A true copy of Judge Kim-Tenorio's Notice of Self-Recusal is annexed to this status report.

Whereupon, on April 12, 2021, the Commonwealth Supreme Court appointed Superior Court Associate Judge Joseph N. Camacho to serve as special master. A true copy of the order appointing Judge Camacho is annexed to this status report. A status conference before Special Master Associate Judge Camacho is scheduled for April 21, 2021.

Petitioner's character and fitness review by the National Conference of Bar Examiners (NCBE) remains ongoing.

There are no other pertinent developments to report.

Dated this 19th day of April 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent-Petitioner

**E-FILED**
**CNMI SUPREME COURT**
E-filed: Mar 23 2021 10:01AM
Clerk Review: Mar 23 2021 10:02AM
Filing ID: 66445107
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

**IN THE MATTER OF STEPHEN C. WOODRUFF,**

Petitioner.

---

**SUPREME COURT NO. 2021-SCC-0001-PET**

---

**NOTICE OF SELF-RECUSAL**

¶ 1 Upon review of the proposed appointment as a special master in the above noted case, the undersigned must recuse himself from handling this matter as Mr. Woodruff is a long-time friend with whom the undersigned has previously discussed his disbarment.

SO ORDERED this 23rd day of March, 2021.

/s/
WESLEY M. BOGDAN
Associate Judge

E-FILED
CNMI SUPREME COURT
E-filed: Apr 06 2021 11:00AM
Clerk Review: Apr 06 2021 11:00AM
Filing ID: 66486020
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE SUPREME COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**IN THE MATTER OF STEPHEN C. WOODRUFF**

**Supreme Court No. 2021-SCC-0001-PET**

**Re: Recusal by Special Master
Judge Kenneth L. Govendo**

Please take notice that the undersigned recuses himself for conflict of interest from being the Special Master in the Petition for Reinstatement filed by Petitioner Stephen C. Woodruff.

The Petitioner was disbarred by retired Judge David A. Wiseman. During his deliberations, Judge Wiseman conferred with the undersigned on at least three occasions. Since he was a colleague making a difficult decision, the undersigned had no hesitancy in assisting him.

**Respectfully submitted, this 6th day of April, 2021.**

**KENNETH L. GOVENDO**
**Associate Judge**

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**IN THE MATTER OF STEPHEN C. WOODRUFF,**

Petitioner.

**SUPREME COURT NO. 2021-SCC-0001-PET**

**NOTICE OF SELF-RECUSAL**

¶ 1 Upon review of the proposed appointment as a special master in the above noted case, the undersigned must recuse herself from handling this matter as I was on the panel suspending Mr. Woodruff in the Federal District Court.

Entered this 9th day of April, 2021.

/s/

TERESA K. KIM-TENORIO
Associate Judge

**E-FILED**
**CNMI SUPREME COURT**
E-filed: Apr 12 2021 05:16PM
Clerk Review: Apr 12 2021 05:16PM
Filing ID: 66502905
Case No.: 2021-SCC-0001-PET
NoraV Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

**IN THE MATTER OF STEPHEN C. WOODRUFF,**

Petitioner.

---

**SUPREME COURT NO. 2021-SCC-0001-PET**

---

**ORDER APPOINTING SPECIAL MASTER**

¶ 1 In view of Associate Judge Kim-Tenorio's recusal, Associate Judge Joseph N. Camacho is hereby appointed Special Master in this matter to determine the following:

A. Whether Petitioner Woodruff recognizes the wrongfulness and seriousness of the conduct for which he was disbarred;
B. Whether, notwithstanding the conduct for which he was disciplined, Woodruff has the requisite honesty and integrity to practice law.
C. Whether Woodruff has engaged in the unauthorized practice of law during the period of his suspension.

¶ 2 Within 90 days of this order, Special Master Camacho shall file a written report of his findings of facts and conclusions of law with the Clerk of the Supreme Court, a copy thereof to be served on Woodruff.

¶ 3 Special Master Camacho shall have the authority to take appropriate measures to perform his duties fairly and efficiently, and regulate all proceedings before him. He may communicate ex parte with the Court. When practicable, he will give Woodruff advance notice of such communications. If advance notice is not practicable, Woodruff shall be informed that an ex parte communication has occurred.

¶ 4 The Court will review de novo objections to findings of fact or conclusions of law by the Special Master. The Court will modify or set aside findings of fact or conclusions of law with respect to procedural matters only for abuse of discretion.

¶ 5 Special Master Camacho's appointment will end when his duties are completed or the Court terminates the appointment. He will preserve records relating to his work as Special Master until relieved of this obligation by order of the Court.

¶ 6 Any objection to this appointment shall be filed with the Court within ten business days. A Rule 19(d) hearing shall be set at a later date.

SO ORDERED this 12th day of April, 2021.

/s/______________________________
ALEXANDRO C. CASTRO
Chief Justice

/s/______________________________
JOHN A. MANGLONA
Associate Justice

/s/______________________________
PERRY B. INOS
Associate Justice