Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.: +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00004** |
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00061** |

**SUPPLEMENTAL STATUS REPORT**

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, and makes the following supplemental status report to update this Honorable Court regarding developments in his petition for reinstatement by the Commonwealth Supreme Court since the status report submitted April 19, 2021.

Continued hearing on the petition for reinstatement to practice before this Court is presently set for May 19, 2021, at 1:30 p.m. Petitioner previously apprised this Court of the appointment of Superior Court Associate Judge Joseph N. Camacho to serve as special master in the Commonwealth proceedings. However, the Commonwealth Supreme Court subsequently rescinded the appointment of Judge Camacho to serve as special master, and set the petition for hearing on July 8, 2021. Unfortunately, that date conflicts with the schedule for Ninth Circuit

oral arguments in case in which petitioner is counsel. Petitioner has notified the Commonwealth Supreme Court of the conflict.

In light of these developments and considering the concerns the Court articulated in previous hearings in this matter, Petitioner would not object if this Honorable Court should see fit to continue the current hearing schedule to a date in late June or late July.[1]

A true copy of Notice of Hearing Schedule Conflict submitted to the Commonwealth Supreme Court is annexed hereto.

Dated this 17th day of May 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent

[1] Additionally, the current schedule for continued hearing on the petition herein overlaps with petitioner's teaching responsibilities at Marianas High School, which run until 2:00 p.m. Accordingly, petitioner respectfully suggests that in the event the Court chooses to retain the current hearing date, that the time be adjusted to 2:30 p.m. or later.

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

IN THE MATTER OF STEPHEN C. WOODRUFF,

Petitioner

Supreme Court No. 2021-SCC-0001-PET

NOTICE OF HEARING SCHEDULE CONFLICT

COMES NOW Petitioner Stephen C. Woodruff with the following notice relative to the Court's May 7, 2021 Order Setting Hearing:

On April 12, 2021, the Court appointed Superior Court Associate Judge Joseph N. Camacho to serve as special master in this matter. A status conference before Special Master Camacho was subsequently held on April 22, 2021, at which the special master, in consultation with petitioner, scheduled a hearing before the special master for May 24, 2021. Subsequently, on April 26, 2021, the Court rescinded its appointment of the special master and vacated the May 24, 2021 hearing date. Thereafter, on May 7, 2021, the Court set a hearing on the petition for 9:30 a.m. on July 8, 2021.

This schedule conflicts with the oral argument schedule of the Ninth Circuit Court of Appeals in *Esperanza Ellis v. Merrick Garland*, No. 18-71615, in which petitioner is counsel for Ms. Ellis, as appears in the annexed copies of the Oral Argument Schedule and the docket in that case. Oral argument is scheduled for 9:00 a.m. on July 7, 2021, in Honolulu, Hawaii. Since Saipan is 20 hours ahead of Honolulu, oral argument is set for 5:00 a.m., July 8, 2021 Saipan

time. Because petitioner anticipates travel to Honolulu for the argument, this is an irreconcilable conflict.

Petitioner therefore respectfully suggests that hearing be reset to a date at least one week earlier or later than the presently scheduled date to avoid the currently existing conflict with the Ninth Circuit oral argument schedule.

Dated this 17th day of May, 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Petitioner

# United States Court of Appeals for the Ninth Circuit Calendar for Honolulu Bankruptcy Courthouse Hawaii

## Oral Argument Notice

**Note:** Calendar entries may change up until the hearing date. Please remember to check the docket report for updates. Case synopses are prepared by court staff for the convenience of the reader.

**2021-07-07 9:00 am Courtroom 250L, Honolulu Bankruptcy Courthouse Hawaii**

| Case No. | Title | Nature | Origin | Time / Side |
|---|---|---|---|---|
| 18-71615 | **Esperanza Ellis v. Merrick Garland** - A citizen of The Philippines residing in the Commonwealth of the Northern Mariana Islands challenges an agency decision finding her removable for a crime involving moral turpitude and denying cancellation of removal. | Immigration | BIA | 15 min |
| 19-15537 | **Evan Auld-Susott v. Lauryn Galindo** - Appeal in a diversity action, alleging fraudulent conveyance pursuant to the Hawai'i Uniform Fraudulent Transfer Act, Haw. Rev. Stat. § 651C-4(a)(1), unjust enrichment, and constructive trust, concerning real property in Hawaii. [1:16-cv-00450-LEK-RLP] | Civil | HI | 15 min |
| 20-16094 | **Clifford Hubbard v. USA** - Appeal of a dismissal for lack of subject matter jurisdiction of a petition seeking an order pursuant to 18 U.S.C. § 3600, the Innocence Protection Act of 2004, compelling DNA testing of evidence seized by military authorities. [1:19-mc-00333-LEK-KJM] | Civil | HI | 15 min |

## Location Address

U.S. Court of Appeals for the Ninth Circuit
Courtroom @ Suite 250 L
1132 Bishop Street
Honolulu HI 96813

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

**Court of Appeals Docket #:** 18-71615 **Docketed:** 06/05/2018
Esperanza Ellis v. Merrick Garland
**Appeal From:** Board of Immigration Appeals
**Fee Status:** IFP

**Case Type Information:**
**1)** agency
**2)** review
**3)** NMI District Court

**Originating Court Information:**
**District:** BIA-1 : A200-158-992
**Date Filed:** 06/05/2018
**Date Decided:** 05/10/2018
**Date Rec'd COA:** 06/05/2018

**Prior Cases:**
None

**Current Cases:**
None

| | |
|---|---|
| ESPERANZA ESTRADA ELLIS, AKA Esparanza Lapitan Estrada<br>Petitioner, | Stephen Carl Woodruff<br>Direct: 670-235-3872<br>Email: scwlaw.spn@gmail.com<br>Fax: 670-235-3873<br>[COR LD NTC Retained]<br>P.O. Box 500770<br>Saipan, MP 96950 |
| v. | |
| MERRICK B. GARLAND, Attorney General<br>Respondent, | Chief Counsel ICE<br>Email: opla9cir@ice.dhs.gov<br>[NTC Government]<br>OFFICE OF THE CHIEF COUNSEL<br>Department of Homeland Security<br>P.O. Box 26449<br>San Francisco, CA 94126-6449<br><br>Andrew Nathan O'Malley, Trial Attorney<br>Direct: 202-305-7135<br>Email: andrew.o'malley@usdoj.gov<br>[COR NTC Government]<br>DOJ - U.S. Department of Justice<br>Civil Division/Office of Immigration Litigation<br>P.O. Box 878, Benjamin Franklin Station<br>Washington, DC 20044<br><br>OIL<br>Email: Ninth.Circuit.OIL@usdoj.gov<br>[COR NTC Government]<br>DOJ - U.S. Department of Justice<br>Civil Division/Office of Immigration Litigation<br>P.O. Box 878, Benjamin Franklin Station<br>Washington, DC 20044 |

ESPERANZA ESTRADA ELLIS, AKA Esparanza Lapitan Estrada,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

| | | |
|---|---|---|
| 06/05/2018 | 1 24 pg, 630.49 KB | FILED BIA PETITION FOR REVIEW AND MOTION FOR STAY. DOCKETED CAUSE AND ENTERED APPEARANCE OF COUNSEL. Pursuant to G.O. 6.4 (c)(1)(3) A TEMPORARY STAY OF REMOVAL IS IN EFFECT pending further order. Petitioner detention status: Not detained. The schedule is set as follows: Certified Administrative Record due 07/31/2018. Response to motion for stay due 08/28/2018 for Jefferson B. Sessions III, Attorney General. [10896412] (RRH) [Entered: 06/05/2018 09:30 AM] |
| 06/05/2018 | 2 | **Resources Available** As you get ready to prepare your opening brief, please consult the Immigration Outline (http://www.ca9.uscourts.gov/guides/immigration_outline.php) prepared by court staff and also consider contacting the court's mentoring program (see Appellate Mentoring Program at http://www.ca9.uscourts.gov/attorneys/) for help with the brief and argument. (Notice sent to counsel for petitioner.) [10897831] (CD) [Entered: 06/05/2018 05:40 PM] |
| 06/06/2018 | 3 2 pg, 13.39 KB | Filed (ECF) notice of appearance of Joseph A. O'Connell for Respondent Jefferson B. Sessions, III. Date of service: 06/06/2018. [10898648] [18-71615] (O'Connell, Joseph) [Entered: 06/06/2018 11:26 AM] |
| 06/06/2018 | 4 | Added attorney Joseph Anthony O'Connell for Jefferson B. Sessions III, in case 18-71615. [10898731] (QDL) [Entered: 06/06/2018 11:51 AM] |
| 06/07/2018 | 5 9 pg, 348.96 KB | Filed clerk order (Deputy Clerk: ME): Order to show cause docket fee due. [10900692] (ME) [Entered: 06/07/2018 03:04 PM] |
| 06/27/2018 | 6 723 pg, 13.75 MB | Filed (ECF) Certified Administrative Record by Executive Office of Immigration Review. [10924105] [18-71615] (Executive Office Of Immigration Review, DOJ) [Entered: 06/27/2018 11:49 AM] |
| 07/03/2018 | 7 3 pg, 127.55 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to proceed In Forma Pauperis. Date of service: 07/03/2018. [10931465] [18-71615] (Woodruff, Stephen) [Entered: 07/03/2018 05:17 PM] |
| 07/03/2018 | 8 7 pg, 149.58 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (Form 4). Date of service: 07/03/2013. [10931474] [18-71615] (Woodruff, Stephen) [Entered: 07/03/2018 05:24 PM] |
| 07/05/2018 | 9 | Fee status changed ( [Case Number 18-71615: IFP Pending In COA] ). [10932721] (QDL) [Entered: 07/05/2018 04:30 PM] |
| 08/20/2018 | 10 4 pg, 16.12 KB | Filed (ECF) Respondent Jefferson B. Sessions, III response non-opposing motion ([1] For Stay Removal Motion). Date of service: 08/20/2018. [10981789] [18-71615] (O'Connell, Joseph) [Entered: 08/20/2018 10:20 AM] |
| 08/27/2018 | 11 1 pg, 190.73 KB | Filed order (Appellate Commissioner): The motion to proceed in forma pauperis (Docket Entry Nos. [7], [8]) is granted. The Clerk shall amend the docket to reflect this status. Respondent has filed a statement of non-opposition to the motion to stay removal pending review (Docket Entry No. [1]). Pursuant to Ninth Circuit General Order 6.4(c), the temporary stay of removal continues in effect until issuance of the mandate or further order of the court. The certified administrative record has been filed. The opening brief is due November 29, 2018; the answering brief is due January 28, 2019; and the optional reply brief is due within 21 days after service of the answering brief. (MOATT) [10991485] (AF) [Entered: 08/27/2018 03:57 PM] |
| 11/07/2018 | 12 | Jefferson B. Sessions, III substituted by Matthew G. Whitaker effective 11/07/2018. [Created 11/07/2018 by AUTOUPD][11080120] (CD) [Entered: 11/07/2018 07:42 PM] |
| 11/28/2018 | 13 | Filed (ECF) Streamlined request for extension of time to file Opening Brief by Petitioner Esperanza Estrada Ellis. New requested due date is 12/31/2018. [11102536] [18-71615] (Woodruff, Stephen) [Entered: 11/28/2018 10:57 PM] |
| 11/29/2018 | 14 | **Streamlined request [13] by Petitioner Esperanza Estrada Ellis to extend time to file the brief is approved. Amended briefing schedule: Petitioner opening brief due 12/31/2018 for Esperanza Estrada Ellis. Respondent brief due 03/01/2019 for Matthew G. Whitaker, Acting Attorney General. The optional reply brief is due 21 days from the date of service of the answering brief.** [11103161] (KM) [Entered: 11/29/2018 11:44 AM] |
| 01/01/2019 | 15 4 pg, 127.37 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to extend time to file Opening brief until 03/01/2019. Date of service: 12/31/2018. [11137971] [18-71615] (Woodruff, Stephen) [Entered: 01/01/2019 12:08 AM] |
| 01/02/2019 | 16 1 pg, 185.42 KB | Filed clerk order (Deputy Clerk: LKK): (ECF Filing) filed by Petitioner Esperanza Estrada Ellis; Granting Motion [15] (ECF Filing) motion to extend time to file brief filed by Petitioner Esperanza Estrada Ellis Petitioner opening brief due 03/01/2019 for Esperanza Estrada Ellis. Respondent brief due 04/30/2019 for Matthew G. Whitaker, Acting Attorney General. The optional reply brief is due 21 days after service of the answering brief. [11138586] (LKK) [Entered: 01/02/2019 11:10 AM] |
| 02/14/2019 | 17 | Matthew G. Whitaker substituted by William P. Barr effective 02/14/2019. [Created 02/15/2019 by AUTOUPD][11196227] (CD) [Entered: 02/15/2019 02:41 PM] |

| | | |
|---|---|---|
| 02/25/2019 | 18<br>4 pg, 69.59 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to compel supplementation of excerpts of record. Date of service: 02/25/2019. [11206547] [18-71615] (Woodruff, Stephen) [Entered: 02/25/2019 02:43 PM] |
| 02/26/2019 | 19<br>5 pg, 20.15 KB | Filed (ECF) Respondent William P. Barr response opposing motion ([18] Motion (ECF Filing), [18] Motion (ECF Filing) motion to compel supplementation of excerpts of record). Date of service: 02/26/2019. [11207243] [18-71615] (O'Connell, Joseph) [Entered: 02/26/2019 08:05 AM] |
| 02/28/2019 | 20<br>4 pg, 145.44 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to extend time to file Opening brief until 03/22/2019. Date of service: 02/28/2019. [11210717] [18-71615] (Woodruff, Stephen) [Entered: 02/28/2019 12:06 AM] |
| 02/28/2019 | 21<br>3 pg, 85.14 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis reply to response (). Date of service: 02/28/2019. [11211455] [18-71615] (Woodruff, Stephen) [Entered: 02/28/2019 12:46 PM] |
| 03/11/2019 | 22<br>1 pg, 197.15 KB | Filed clerk order (Deputy Clerk: CC): Petitioner's motion to withdraw (Docket Entry No. [21]) her previously filed motion to compel compliance is granted. The motion to compel compliance (Docket Entry No. [18]) is withdrawn. Petitioner's motion for an extension of time to file the opening brief (Docket Entry No. [20]) is granted. The opening brief is due March 22, 2019; the answering brief is due May 21, 2019; and the optional reply brief is due within 21 days after service of the answering brief. [11223548] (AF) [Entered: 03/11/2019 04:25 PM] |
| 03/21/2019 | 23<br>7 pg, 164.01 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to extend time to file Opening brief until 04/12/2019. Date of service: 03/21/2019. [11238393] [18-71615] (Woodruff, Stephen) [Entered: 03/21/2019 06:46 PM] |
| 03/22/2019 | 24<br>1 pg, 185.49 KB | Filed clerk order (Deputy Clerk: SM): Granting Unopposed Motion [23] to extend time to file brief filed by Petitioner Esperanza Estrada Ellis Petitioner opening brief due 04/12/2019 for Esperanza Estrada Ellis. Respondent brief due 06/11/2019 for William P. Barr, Attorney General. The optional reply brief is due 21 days after service of the answering brief. [11239545] (SAM) [Entered: 03/22/2019 02:50 PM] |
| 04/11/2019 | 25<br>7 pg, 164.54 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to extend time to file Opening brief until 04/29/2019. Date of service: 04/11/2019. [11261319] [18-71615] (Woodruff, Stephen) [Entered: 04/11/2019 03:58 PM] |
| 04/12/2019 | 26<br>1 pg, 88.14 KB | Filed clerk order (Deputy Clerk: SM): Granting Unopposed Motion [25] to extend time to file brief filed by Petitioner Esperanza Estrada Ellis Petitioner opening brief due 04/29/2019 for Esperanza Estrada Ellis. Respondent brief due 06/28/2019 for William P. Barr, Attorney General. The optional reply brief is due 21 days after service of the answering brief. [11262638] (SAM) [Entered: 04/12/2019 03:46 PM] |
| 04/29/2019 | 27<br>7 pg, 165.11 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to extend time to file Opening brief until 05/06/2019. Date of service: 04/29/2019. [11279764] [18-71615] (Woodruff, Stephen) [Entered: 04/29/2019 02:21 AM] |
| 04/29/2019 | 28<br>1 pg, 88.1 KB | Filed clerk order (Deputy Clerk: SM): Granting Motion [27] to extend time to file brief filed by Petitioner Esperanza Estrada Ellis Petitioner opening brief due 05/06/2019 for Esperanza Estrada Ellis. Respondent brief due 07/05/2019 for William P. Barr, Attorney General. The optional reply brief is due 21 days after service of the answering brief. [11280880] (SAM) [Entered: 04/29/2019 03:14 PM] |
| 05/07/2019 | 29<br>5 pg, 150.11 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to extend time to file Opening brief until 05/08/2019. Date of service: 05/07/2019. [11288566] [18-71615] (Woodruff, Stephen) [Entered: 05/07/2019 12:13 AM] |
| 05/07/2019 | 30<br>1 pg, 88.1 KB | Filed clerk order (Deputy Clerk: SM): Granting Motion [29] to extend time to file brief filed by Petitioner Esperanza Estrada Ellis Petitioner opening brief due 05/08/2019 for Esperanza Estrada Ellis. Respondent brief due 07/08/2019 for William P. Barr, Attorney General. The optional reply brief is due 21 days after service of the answering brief. [11289647] (SAM) [Entered: 05/07/2019 02:46 PM] |
| 05/11/2019 | 31<br>5 pg, 106.18 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Motion to file a late brief. Date of service: 05/11/2019. [11294173] [18-71615] (Woodruff, Stephen) [Entered: 05/11/2019 11:22 PM] |
| 05/11/2019 | 32<br>101 pg, 6 MB | Submitted (ECF) Opening Brief for review. Submitted by Petitioner Esperanza Estrada Ellis. Date of service: 05/11/2019. [11294174] [18-71615] (Woodruff, Stephen) [Entered: 05/11/2019 11:26 PM] |
| 05/20/2019 | 33<br>1 pg, 100.45 KB | Filed clerk order (Deputy Clerk: SM): Petitioner's motion (Docket Entry No. [31]) to file a late opening brief is granted. The Clerk will file the opening brief submitted at Docket Entry No. [32]. The answering brief is due July 12, 2019. The optional reply brief is due within 21 days after service of the answering brief. [11302686] (AF) [Entered: 05/20/2019 11:26 AM] |
| 05/21/2019 | 34<br>2 pg, 94.71 KB | Filed clerk order: The opening brief [32] submitted by Esperanza Estrada Ellis is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: blue. The paper copies shall be submitted to the principal office of the Clerk. [11304328] (LA) [Entered: 05/21/2019 11:37 AM] |

| | | |
|---|---|---|
| 06/12/2019 | ☐ 35 | Filed (ECF) notice of appearance of Andrew Nathan O'Malley for Respondent William P. Barr. Substitution for Attorney Mr. Joseph Anthony O'Connell for Respondent William P. Barr. Date of service: 06/12/2019. (Party previously proceeding without counsel: No) [11328222] [18-71615] (O'Malley, Andrew) [Entered: 06/12/2019 11:25 AM] |
| 06/12/2019 | ☐ 36 | Attorney Joseph Anthony O'Connell substituted by Attorney Andrew Nathan O'Malley. [11328251] (RL) [Entered: 06/12/2019 11:33 AM] |
| 07/08/2019 | ☐ 37 | Filed (ECF) Streamlined request for extension of time to file Answering Brief by Respondent William P. Barr. New requested due date is 08/12/2019. [11355725] [18-71615] (O'Malley, Andrew) [Entered: 07/08/2019 05:47 AM] |
| 07/08/2019 | ☐ 38 | **Streamlined request [37] by Respondent William P. Barr to extend time to file the brief is approved. Amended briefing schedule: Respondent brief due 08/12/2019 for William P. Barr, Attorney General. The optional reply brief is due 21 days from the date of service of the answering brief.** [11356389] (DLM) [Entered: 07/08/2019 11:47 AM] |
| 08/02/2019 | ☐ 39<br>8 pg, 29.97 KB | Filed (ECF) Respondent William P. Barr Unopposed Motion to extend time to file Answering brief until 09/11/2019. Date of service: 08/02/2019. [11385013] [18-71615] (O'Malley, Andrew) [Entered: 08/02/2019 08:09 AM] |
| 08/02/2019 | ☐ 40<br>1 pg, 88.34 KB | Filed clerk order (Deputy Clerk: SM): Granting Unopposed Motion [39] to extend time to file brief filed by Respondent William P. Barr Respondent brief due 09/11/2019 for William P. Barr, Attorney General. The optional reply brief is due 21 days after service of the answering brief. [11385435] (SAM) [Entered: 08/02/2019 12:40 PM] |
| 09/11/2019 | ☐ 41<br>60 pg, 266.86 KB | Submitted (ECF) Answering Brief for review. Submitted by Respondent William P. Barr. Date of service: 09/11/2019. [11427716] [18-71615] (O'Malley, Andrew) [Entered: 09/11/2019 08:19 AM] |
| 09/11/2019 | ☐ 42<br>2 pg, 97.6 KB | Filed clerk order: The answering brief [41] submitted by William P. Barr is filed. Within 7 days of the filing of this order, respondent is ordered to file 7 copies of the answering brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: red. A review of Court records reflects that petitioner Esperanza Estrada Ellis has not filed paper copies of the opening brief [32] as directed by the Court's order filed on May 21, 2019 [34]. Within 7 days of this order, petitioner Esperanza Estrada Ellis is ordered to file 7 copies of the opening brief in paper format with blue covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Petitioner's failure to timely comply with this order may result in automatic dismissal of this case pursuant to 9th Cir. R. 42-1 for failure to prosecute. The paper copies shall be submitted to the principal office of the Clerk. [11428178] (LA) [Entered: 09/11/2019 11:39 AM] |
| 09/16/2019 | ☐ 43 | Received 7 paper copies of Answering Brief [41] filed by William P. Barr. [11433134] (SD) [Entered: 09/16/2019 03:56 PM] |
| 09/16/2019 | ☐ 44 | Deleted Duplicate Entry. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [43]. Original Text: Received 8 paper copies of Answering Brief [41] filed by William P. Barr. [11433141] (SD) [Entered: 09/16/2019 03:58 PM] |
| 12/02/2019 | ☐ 45<br>3 pg, 78.84 KB | Filed (ECF) Petitioner Esperanza Estrada Ellis Correspondence: Status of paper copies.. Date of service: 12/02/2019 [11516617] [18-71615] (Woodruff, Stephen) [Entered: 12/02/2019 04:12 AM] |
| 12/20/2019 | ☐ 46 | Received 7 paper copies of Opening Brief [32] filed by Esperanza Estrada Ellis. [11540244] (SD) [Entered: 12/20/2019 02:10 PM] |
| 12/24/2020 | ☐ 47 | Willam P. Barr substituted by Jeffrey A. Rosen effective 12/24/2020 [Created 12/23/2020 by AUTOUPD] [11940617]. [18-71615] (CD) [Entered: 12/23/2020 06:18 PM] |
| 01/20/2021 | ☐ 48 | Jeffrey A. Rosen substituted by Robert M. Wilkinson effective 01/20/2021 [Created 01/20/2021 by AUTOUPD][11971857]. [18-71615] (CD) [Entered: 01/20/2021 06:42 PM] |
| 03/11/2021 | ☐ 49 | Robert M. Wilkinson substituted by Merrick B. Garland effective 03/11/2021 [Created 03/11/2021 by AUTOUPD][12034702]. [18-71615] (CD) [Entered: 03/11/2021 06:03 PM] |
| 03/23/2021 | ☐ 50 | This case is being considered for an upcoming oral argument calendar in Honolulu<br><br>Please review the Honolulu sitting dates for July 2021 and the 2 subsequent sitting months in that location at http://www.ca9.uscourts.gov/court_sessions. If you have an unavoidable conflict on any of the dates, please file Form 32 **within 3 business days of this notice** using the CM/ECF filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions carefully.<br><br>When setting your argument date, the court will try to work around unavoidable conflicts; the court is not able to accommodate mere scheduling preferences. You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date. |

| | | | |
|---|---|---|---|
| | | | If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a letter **within 3 business days of this notice**, using CM/ECF (**Type of Document**: Correspondence to Court; **Subject**: request for mediation).[12050780]. [18-71615] (KS) [Entered: 03/23/2021 01:01 PM] |
| 04/25/2021 | ☐ | 51 | Notice of Oral Argument on Wednesday, July 7, 2021 - 09:00 A.M. - Hawaii Bkcy Courtroom 250L - Scheduled Location: Honolulu HI.<br>The hearing time is the local time zone at the scheduled hearing location.<br><br>View the Oral Argument Calendar for your case **here**.<br><br>NOTE: Although your case is currently scheduled for oral argument, the panel may decide to submit the case on the briefs instead. *See* Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, any argument **will** be held with **all** attorneys appearing remotely by video or telephone. The court **strongly prefers** video arguments whenever possible. Travel to a courthouse will not be required. If the panel determines that it will hold oral argument, the Clerk's Office will be in contact with you directly at least two weeks before the set argument date to make any necessary arrangements for remote appearance.<br><br>Be sure to review the GUIDELINES for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).<br><br>If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING NOTICE** filing type in CM/ECF no later than 21 days before Wednesday, July 7, 2021. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[12085772]. [18-71615] (KS) [Entered: 04/25/2021 06:08 AM] |
| 04/28/2021 | ☐ | 52 | **NOTICE:** Beginning May 1, 2021, all **new** counseled immigration petitions for review must be filed in the new Appellate Case Management System (ACMS). Chief Judge Sidney R. Thomas' April 23, 2021 administrative order regarding ACMS is available here. The announcement about ACMS is available on our website here.[12092073]. [18-71615] (CD) [Entered: 04/28/2021 09:19 PM] |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0 **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 05/06/2021 19:38:04 | | | |
| **PACER Login:** | sw1754ct1913 | **Client Code:** | Self |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 18-71615 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |