**F I L E D**
Clerk
District Court

MAY 18 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

In Re:

**STEPHEN C. WOODRUFF**

    Respondent.

Case Nos. 1:13-mc-00004
            1:13-mc-00061

**ORDER CONTINUING MATTER**

On November 16, 2020, Respondent-Petitioner, Stephen C. Woodruff, petitioned this Court pursuant to Local Disciplinary Rule 18 for reinstatement to practice law before this Court following his suspension. The Court held a hearing on December 21, 2020, but continued the matter to February 22, 2021 so that Woodruff could complete his petition for reinstatement with the CNMI bar and demonstrate to the Court that he "is qualified to practice law in the district and is worthy of the Court's trust and confidence." L.D.R. 18(c). Then on February 22, 2021, after hearing Woodruff's arguments to the Court, the Court again continued the matter to May 19, 2021 so that Woodruff could supplement his petition and demonstrate qualification before this Court through reinstatement to any state bar.[1]  However, to date, Woodruff has not yet been reinstated with any state bar. On May 17, 2021, Woodruff filed a supplemental

---

[1] The Court required reinstatement with a state bar given that state bars have the resources and mechanisms to determine the moral fitness and character of any attorney applicant.  However, during the hearing, the Court apprised Woodruff that it may conduct its own investigations to determine whether he was qualified to practice in this Court, but that "[a]ny necessary expenses incurred in the investigation and processing of a petition for reinstatement shall be paid by the petitioner." During the hearing, Woodruff indicated to the Court that he did not seek to pursue the Court's independent investigation route.

status report informing the Court of the status of his reinstatement proceedings with the Commonwealth Supreme Court and indicating his non-opposition to a continuance of this matter until late July.

Accordingly, the Court continues this matter to **July 21, 2021 at 2:30 p.m**.  Woodruff shall continue to provide the Court with monthly status reports, to be filed no later than June 19, 2021; and July 19, 2021. Woodruff may petition the Court for an earlier hearing date if good cause is shown.

IT IS SO ORDERED this 18th day of May, 2021.

RAMONA V. MANGLONA
Chief Judge