Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP  96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| **IN RE STEPHEN C. WOODRUFF,** | ) | **Case No. 1:13-MC-00004** |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Case No. 1:13-MC-00061** |
| **IN RE STEPHEN C. WOODRUFF,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |

**STATUS REPORT**

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, and makes the following status report to update this Honorable Court regarding developments in his petition for reinstatement by the Commonwealth Supreme Court since the Court's May 18, 2021 Order Continuing Matter.[1]

---

[1]  That order directed Respondent-Petitioner to file a status report "no later than June 19, 2021." However, at 7:26 a.m. on June 18, 2021, the Court issued a memorandum amending the Federal Holidays to be observed this year to include the new Juneteenth National Independence Day holiday, thus immediately commencing a 3-day weekend. Accordingly, Respondent-Petitioner is filing this status report on Monday, June 21, 2021, consistent with Federal Rule of Civil Procedure 6.

-1-

The only new information to report is Respondent-Petitioner's petition for reinstatement to practice in CNMI courts has been rescheduled for hearing on July 26, 2021.  A true copy of the Order Rescheduling Hearing is annexed hereto.

Dated this 21st day of June 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent-Petitioner



**E-FILED**
**CNMI SUPREME COURT**
E-filed: Jun 08 2021 11:30AM
Clerk Review: Jun 08 2021 11:31AM
Filing ID: 66665535
Case No.: 2021-SCC-0001-PET
NoraV  Borja

IN THE
**SUPREME COURT**
OF THE
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

---

**IN THE MATTER OF FOR STEPHEN C. WOODRUFF,**

Petitioner.

---

**SUPREME COURT NO. 2021-SCC-0001-PET**

---

**ORDER RESCHEDULING HEARING**

¶ 1        Due to delays in renovation of Guma' Hustisia, it is anticipated that the Supreme Court courtroom will be unavailable on the currently scheduled date for this hearing. The hearing is accordingly rescheduled for 9:30 a.m. on July 26, 2021, in the Supreme Court courtroom at Guma' Hustisia.

SO ORDERED this 8th day of June 2021.


  /s/
ALEXANDRO C. CASTRO
Chief Justice


  /s/
JOHN A. MANGLONA
Associate Justice


  /s/
PERRY B. INOS
Associate Justice