Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP  96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **IN RE STEPHEN C. WOODRUFF,** | ) | **Case No. 1:13-MC-00004** |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | **Case No. 1:13-MC-00061** |
| **IN RE STEPHEN C. WOODRUFF,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## REQUEST TO RESCHEDULE HEARING

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, and requests this Honorable Court reschedule the hearing herein presently set for August 18, 2021, at 10:00 a.m.

Hearing was previously set for August 11, 2021 at 2:30 p.m.  On August 6, 2021, the Court reset the matter to August 18, 2021, at 10:00 a.m.  Unfortunately, August 18, 2021 is the first day of the new school year at Marianas High School where Respondent is presently teaching.

Accordingly, Respondent-Petitioner respectfully requests that the Court reschedule this matter to a date and time convenient to the Court which does not conflict with Respondent-Petitioner's responsibilities to his students.  Respondent-Petitioner can readily appear in court at or after 2:00 p.m. any day of the week, including Wednesday, August 18, 2021.

-2-

Dated this 16th day of August 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent