Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP 96950
Tel.: +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00004** |
| **IN RE STEPHEN C. WOODRUFF,**<br><br>**Respondent.** | **Case No. 1:13-MC-00061** |

**SUPPLEMENTAL STATUS REPORT**

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, and makes the following supplemental status report to update this Honorable Court regarding developments relative to his petition for reinstatement by the Supreme Court of Hawai'i since the status report submitted July 20, 2021.

On July 23, 2021, the Supreme Court of Hawai'i granted Respondent-Petitioner's application for reinstatement subject to compliance with the administrative registration requirements of the Hawaii State Bar Association (HSBA). Respondent-Petitioner has complied with those requirements.

A true copy of the Hawai'i Supreme Court reinstatement order is annexed hereto. Also annexed hereto is a true copy of a screenshot taken today of Respondent-Petitioner's status with the Hawaii Bar as shown on the HSBA website.

Dated this 17th day of August 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent

Electronically Filed
Supreme Court
SCAD-14-0000353
23-JUL-2021
10:50 AM
Dkt. 121 ORD

SCAD-14-0000353

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

STEPHEN CARL WOODRUFF, Respondent.

---

ORIGINAL PROCEEDING
(ODC 13-003-9073)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and Intermediate Court of Appeals Associate Judge Leonard, assigned by reason of vacancy)

Upon consideration of the July 12, 2021 declaration and renewed application for reinstatement, filed by Respondent Stephen C. Woodruff, the July 19, 2021 response filed by the Office of Disciplinary Counsel, and the entire record in this matter, we conclude that Respondent Woodruff's July 12, 2021 submission is sufficient to fulfill the requirements of Rule 2.17(b)(2) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH). Therefore,

IT IS HEREBY ORDERED that Respondent Woodruff's application for reinstatement is granted.

IT IS FURTHER ORDERED that Respondent Woodruff may resume the practice of law only after contacting the Hawaiʻi State Bar Association, prior to his resumption of practice, to ensure he is in compliance with RSCH Rule 17 governing administrative registration of licensed attorneys in this jurisdiction.

DATED: Honolulu, Hawaiʻi, July 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Katherine G. Leonard

# Membership Directory Results

**First name** stephen

**Last name** woodruff

Find

| JD Number | Name | License Status |
|---|---|---|
| 006365 | Stephen Carl Woodruff | Inactive - Voluntary |