# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

**Miscellaneous Minutes**

F I L E D
Clerk
District Court

AUG 18 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

1: 13-mc- 00004
1:13-mc-00061

Date:        August 18, 2021

Start Time: 3:00 pm    End Time: 3:30 pm

IN RE:  STEPHEN C. WOODRUFF

PRESENT:  HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
HEIDI WINFIED, COURT REPORTER
DANIEL BROWN, RELIEF COURTROOM DEPUTY
CLEMENT BERMUDES, STUDENT INTERN
STEPHEN C. WOODRUFF, PRO SE PETITIONER

PROCEEDING:  PETITION FOR REINSTATEMENT HEARING

Court addressed the Petition for Reinstatement to Practice.

Court reviewed the record and acknowledged the progress as reported by Mr. Woodruff. Court inquired on Mr. Woodruff's efforts in petitioning for reinstatement in other courts and his status for reinstatement with the CNMI Supreme Court. Mr. Woodruff apprised the Court on his efforts and provided updates to the Court.

Court and Mr. Woodruff discussed the disciplinary local rules governing reinstatement, including active status. Court inquired when a character fitness report will be available. Mr. Woodruff responded. Court noted it will need additional information.

Court continued the matter to 10/4/2021 at 3:00p.m. and ordered to Mr. Woodruff to submit a status report by 9/17/2021 and to provide any other updates.

Next hearing date:  Hearing on Petition for Reinstatement set for 10/4/2021 at 3:00PM