Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP  96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IN RE STEPHEN C. WOODRUFF,** ) | **Case No. 1:13-MC-00004** |
| ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | **Case No. 1:13-MC-00061** |
| **IN RE STEPHEN C. WOODRUFF,** ) | |
| ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| ) | |
| _____ ) | |

## STATUS REPORT

On hearing August 18, 2021, the Court continued the Petition for Reinstatement hearing to October 4, 2021, at 3:00 p.m. and directed Respondent-Petitioner to make a status report to the Court by September 17, 2021 to update the Court regarding progress relative to the matters discussed at the hearing.

As of September 17, 2021 there had been no change in the circumstances as they existed on August 18, 2021, rendering any report Respondent-Petitioner might make at that time of no utility to the Court.  Thereafter, Respondent-Petitioner was able to obtain clarification from the Hawaii State Bar Association regarding the steps he needed to take in order to switch his Hawaii Bar membership to active status.

-1-

Respondent-Petitioner has now completed that process and is in active status in Hawaii. A true copy of a screenshot taken today of Respondent-Petitioner's status with the Hawaii Bar as shown on the HSBA website is annexed hereto.

No character and fitness report has yet been issued by the National Conference of Bar Examiners. Respondent-Petitioner notes, however, that such a report is not required by the rules of this Court.

Dated this 28th day of September 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent-Petitioner



# Membership Directory Results



| First name | stephen |
| Last name | Woodruff |

Find

| JD Number | Name | License Status |
| --- | --- | --- |
| 006365 | Stephen Carl Woodruff | Active |