F I L E D
Clerk
District Court

OCT 05 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

**Miscellaneous Minutes**

1: 13 -mc- 00004

Date:        October 5, 2021

Start Time: 4:20 pm    End Time: 4:35 pm

IN RE:  STEPHEN C. WOODRUFF

PRESENT:  HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
          HEIDI DOOGAN, COURT REPORTER
          FRANCINE ATALIG, COURTROOM DEPUTY
          CLEMENT BERMUDES, CLERK INTERN
          STEPHEN C. WOODRUFF, PRO SE PETITIONER
                    ---END OF PARTICIPANTS---

PROCEEDING:  PETITION FOR REINSTATEMENT

Court addressed the Petition for Reinstatement to Practice.

Mr. Woodruff updated the Court as to his progress and further apprised the Court that he was reinstated with the state court.

Court entered findings and allowed for Mr. Woodruff to practice law in the District Court with conditions.

Court granted the Petition for Reinstatement to Practice, ECF NO. [56].

Court to enter order.

Next hearing date:  n/a