Stephen C. Woodruff
Attorney and Counselor at Law
P. O. Box 500770
Saipan, MP  96950
Tel.:    +1 (670) 989-2797
Email: scwlaw.spn@gmail.com

*In Pro Per*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **IN RE STEPHEN C. WOODRUFF,** | ) | **Case No. 1:13-MC-00004** |
| | ) | |
| | ) | |
| **Respondent-Petitioner.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Case No. 1:13-MC-00061** |
| **IN RE STEPHEN C. WOODRUFF,** | ) | |
| | ) | |
| | ) | |
| **Respondent-Petitioner.** | ) | |
| | ) | |
| | ) | |

## REQUEST FOR ENTRY OF ORDER
## AND RELEASE OF
## CERTIFICATE OF GOOD STANDING

COMES NOW, Respondent-Petitioner, Stephen C. Woodruff, and requests this Honorable Court enter a written order with respect to his reinstatement to practice before this Honorable Court as granted in open court on October 5, 2021.  Petitioner further requests that the Court issue the Certificate of Good Standing he requested from the Clerk of Court on October 19, 2021.

The minutes of the October 5, 2021 hearing state as follows:

Court addressed the Petition for Reinstatement to Practice.

-1-

> Mr. Woodruff updated the Court as to his progress and further apprised the Court that he was reinstated with the state court.
>
> Court entered findings and allowed for Mr. Woodruff to practice law in the District Court with conditions.
>
> Court granted the Petition for Reinstatement to Practice, ECF NO. [56].
>
> Court to enter order.

ECF No. 73.

The inclusion in the minutes of the qualifier "with conditions" created an ambiguity that did not fully square with Petitioner's recollection of the hearing; however, Petitioner considered it to be of little moment, as he expected the anomaly to be resolved by entry of the formal order anticipated in the near future.  When the order still had not issued two weeks later, Petitioner requested a Certificate of Good Standing from the Clerk of Court.  In so doing, Petitioner anticipated (1) that the request perhaps would prompt entry of the written order, and (2) even in the absence of the written order, the Certificate of Good Standing would be enable Petitioner to document his status in this Court to any other jurisdiction in which he proposed to practice, including, specifically, the Executive Office for Immigration Review of the U.S. Department of Justice, and the U.S. Department of Homeland Security.[1]

Petitioner does recall the discussion of possible conditions on his reinstatement in the October 5, 2021 hearing, but Petitioner does not recall any conditions ultimately to have been articulated by the Court other than the necessity that Petitioner comply with the biennial registration requirement and any other matters within the purview of the Clerk of Courts.

The possibility of conditions on Petitioner's reinstatement arose in the context of the conditions imposed by the Commonwealth Supreme Court (a simple monthly reporting

---

[1] The "with conditions" qualifier in the October 5, 2021 Minutes rendered the minutes plainly inadequate for this purpose, even aside from lack of the official status a written order.

requirement for one year). That condition reflects the differing circumstances of that court and this Court, in that the Commonwealth Supreme Court, unlike this Court, supervises lower courts (the Commonwealth Superior Court) in which Petitioner would practice. As discussed in the October 5, 2021 hearing, a comparable reporting requirement would serve no purpose in this Court where any practice by Petitioner would immediately be known to the Court.

Following the October 5, 2021 hearing, Petitioner promptly complied with the biennial registration requirement. True copies of the registration form submitted to the Clerk of Court and of Petitioner's cancelled check are annexed to this request.

Petitioner requested a Certificate of Good Standing on October 19, 2021, and initially expected to be able to pick it up the following day. However, he was subsequently advised to wait until he got a call from the Clerk's Office. When he still had not gotten a call on October 27, 2021, he followed up with the Clerk's Office via email and was advised by return email that the certificate was "still under review with the Chief Judge."

Petitioner well understands the heavy press of court business the Court must navigate. However, Petitioner is reluctant to request authorization to practice in other jurisdictions without being able to fully and properly document his status in each and every jurisdiction where he is authorized to practice. There now has been a delay of nearly three months in Petitioner's ability to do so.

WHEREFORE, Petitioner respectfully requests that the Court enter a written order with respect to his reinstatement to practice before this Honorable Court and issue a Certificate of Good Standing.

Dated this 30th day of December 2021.

Respectfully submitted,

/s/ Stephen C. Woodruff (e-filed)
STEPHEN C. WOODRUFF
Respondent-Petitioner



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

## ATTORNEY ADMISSION BIENNIAL RENEWAL FORM

Effective 2018, any attorney, other than pro hac vice, admitted the District Court for the NMI, must pay a fee every two years in an amount[1] set by the Court, which will be due on or before February 15 payable to Clerk, District Court for the Northern Mariana Islands. Upon failure to pay the renewal fee, a member will be given thirty (30) days' notice by the Court that the renewal fee has not been received and that a late fee is due. If the attorney fails to pay the fees within thirty (30) days' after the notice is sent, a second thirty-day notice will be sent and if the attorney fails to pay within this period, the Court will enter an order removing his or her name from the roll of attorneys admitted to the bar of this Court and the attorney will be required to qualify anew pursuant to subsections (a) and (b) of this Rule before being re-registered as an active member of the bar of this Court.

Name:   Stephen C. Woodruff

Position/Job Title:   Attorney & Counselor at Law

Organization/Business:   Woodruff Law Office

Mailing Address:   P.O. Box 500770

Saipan, MP  96950

Telephone:   (670) 989-2797      Fax:   n/a

Primary Email Address:   scwlaw.spn@gmail.com

Secondary Email Address:

_Official Use Only_

Processed by: _____      Date: _____

Receipt No.: _____

---

The renewal fee for 2020 will not apply to attorneys admitted between February 16, 2018 and February 15, 2020.
[1] Renewal Fee $30.00; Late Fee $15.00.

